**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No.: 1:18-CR-360 (CKK)** |
| ) | |
| **ABDUL AMAN,** ) | |
|     **Defendant.** ) | |

**GOVERNMENT'S MOTION**
**TO SEAL THE CRIMINAL INFORMATION AND OTHER**
**DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF**
<u>**THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS**</u>

The United States, by and through its undersigned attorney, hereby respectfully submits this motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the Government states as follows:

The Defendant in this case has agreed to enter a plea of guilty to an Information charging conspiracy to defraud the United States, in violation of 18 U.S.C. §371. The sealing is necessary because the plea agreement and related pleadings contain sensitive information, the disclosure of which would not be in the interest of the Defendant, the Government, or the public.

As part of the plea agreement, the Defendant has agreed to be a cooperating witness. Accordingly, it is essential that any information concerning the Defendant's plea of guilty be kept sealed for the time being.

Based on the nature of the ongoing cooperation, the Government submits that public disclosure of the Defendant's cooperation would likely compromise ongoing criminal investigations by (1) placing the personal safety of the cooperating Defendant at risk; (2) alerting

potential targets of investigations against whom the Defendant may testify; and (3) causing potential witnesses and targets to destroy documents and other evidence.

It is common practice for individuals associated with criminal organizations to check the public record in the Criminal Clerk's office to ascertain whether the Government has filed any pleadings under seal in cases against former associates. It is common knowledge to criminal organizations that the docketing of a motion to seal a plea agreement or the filing of sealed pleadings in a criminal case signals the fact that the charged Defendant has agreed to cooperate with law enforcement. Consequently, public notice of the filing of the sealed pleadings or proceedings is likely to compromise any ongoing criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals, as well as any undercover agents or other law enforcement officials taking part in covert investigations.

Accordingly, the Government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the plea agreement and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until (1) there is no longer a substantial risk to the personal safety of cooperating individuals; and (2) the Government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        SANDRA L. MOSER
        Acting Chief, Fraud Section
        Criminal Division
        United Sates Department of Justice

By:   /s/ *Michael P. McCarthy*
        _____
        Michael P. McCarthy, D.C. Bar #1020231
        Trial Attorney, Fraud Section
        Criminal Division
        United States Department of Justice
        1400 New York Avenue, NW
        Bond Building, Fourth Floor
        Washington, D.C. 20530
        (202) 305-3995
        Michael.McCarthy2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served by email upon counsel for the Defendant on January 3, 2019.

        _/s/_____
        Michael P. McCarthy