**FILED**

JAN - 8 2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:18-CR-360 (CKK) |
| | ) | |
| ABDUL AMAN, | ) | Filed Under Seal |
| Defendant. | ) | |

## GOVERNMENT'S MOTION
## TO SEAL SUPERSEDING INFORMATION AND OTHER
## DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF
## THE FILING OF THIS MOTION TO SEAL AND RELATED MATTERS

The United States, by and through its undersigned attorney, respectfully submits this motion to seal the Superseding Information and related matters, and to delay entry on the public docket of related matters. In support of this motion, the Government states as follows:

1. On January 3, 2019, the defendant pleaded guilty to a Superseding Information charging conspiracy to defraud the United States, in violation of 18 U.S.C. §371, and has agreed to be a cooperating witness. The government submits that public disclosure of the defendant's cooperation would likely compromise ongoing criminal investigations by (1) placing the personal safety of the defendant at risk; (2) alerting potential targets of investigations against whom the defendant may testify; and (3) causing potential witnesses and targets to destroy documents and other evidence. It is essential that any information concerning the defendant's plea of guilty be kept sealed for the time being.

2. Accordingly, the government requests that the Court seal the Superseding Information and all matters and pleadings that relate to the hearing held on January 3, 2019, including the plea agreement, the factual basis for the plea, the record of the hearing itself, and this motion and the accompanying order. The government also requests that the Court seal the entry made on the docket on December 17, 2018, which references the possibility of a plea agreement in this case.

3.       The government also requests that the Court delay entry on the public docket of the record of filing these sealed pleadings as it is common knowledge that the docketing of a motion to seal a plea agreement or the filing of sealed pleadings in a criminal case signals the fact that a defendant has agreed to cooperate with law enforcement. Thus, public notice of the filing of the sealed pleadings or proceedings may compromise the ongoing criminal and grand jury investigation and present a substantial risk to the personal safety of the defendant. The government submits that a compelling governmental interest exists which justifies not only the sealing of the Superseding Information and related matters, but also a delay in the public docketing of the filing of the sealed pleadings, until (1) there is no longer a substantial risk to the personal safety of cooperating individuals; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

SANDRA L. MOSER
Acting Chief, Fraud Section
Criminal Division
United Sates Department of Justice

By:    /s/ *Michael P. McCarthy*

Michael P. McCarthy, D.C. Bar #1020231
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW

                                        Bond Building, Fourth Floor
                                        Washington, D.C. 20530
                                        (202) 305-3995
                                        Michael.McCarthy2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Motion was served by email upon counsel for the Defendant on January 7, 2019.

                                        /s/_____
                                        Michael P. McCarthy