UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No.: 1:18-CR-360 (CKK) |
| ) | |
| ABDUL AMAN, ) | FILED UNDER SEAL |
|    Defendant. ) | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE

The United States, by and through its undersigned attorney, and defendant, through his attorney, submit this joint status report to update the Court on this matter.

1. On January 3, 2019, the Court ordered the parties to file a status report and appear for a status hearing on March 22, 2019.

2. The government's investigation is ongoing. Accordingly, the parties respectfully request that the Court continue the March 22, 2019 status hearing for 60 days, until May 31, 2019. The parties will file a second status report in advance of the May 31 hearing.

3. The government expects its investigation with respect to defendant to be completed by the May 31 hearing. At that time, the parties understand that the Court expects to set a schedule for the filing of the pre-sentence report and sentencing memoranda.

Respectfully submitted,

ROBERT A. ZINK
Acting Chief, Fraud Section

By: *Michael P. McCarthy /by OPS*
Michael P. McCarthy, D.C. Bar #1020231
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Fourth Floor
Washington, D.C. 20530

(202) 305-3995
Michael.McCarthy2@usdoj.gov

/s/

_____
Eric S. Montalvo
William R. Cowden
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served by email upon counsel for defendant on March 20, 2019.

Suzette Meskell, Paralegal