UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No.: 1:18-CR-360 (CKK) |
| | ) |
| ABDUL AMAN, | ) FILED UNDER SEAL |
| Defendant. | ) |

## JOINT STATUS REPORT

The United States, by and through its undersigned attorney, and defendant, through his attorney, submit this Joint Status Report to update the Court on this matter.

1. On March 21, 2019, the Court ordered the parties to file a status report by no later than May 31, 2019. ECF 21. The Court also scheduled a status hearing for May 31, 2019. *Id.*

2. The government's investigation, as it concerns defendant, has concluded at this time, and this matter is now ready to be scheduled for sentencing.

3. The parties anticipate asking the Court to set a date for sentencing and a schedule for the filing of presentencing memoranda, at the May 31, 2019 status hearing.

Respectfully submitted,

ROBERT A. ZINK
Acting Chief, Fraud Section

By: _/s/_
Michael P. McCarthy, D.C. Bar #1020231
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Fourth Floor
Washington, D.C. 20530
(202) 305-3995
Michael.McCarthy2@usdoj.gov

/s/
_____
Eric S. Montalvo
William R. Cowden
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of this Joint Status Report was served by email upon counsel for defendant on May 23, 2019.

Suzette Meskell, Paralegal