UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Criminal No.: 1:18-CR-360 (CKK) |
| ) | |
| ABDUL AMAN,   ) | |
|     Defendant.   ) | |

## UNOPPOSED MOTION TO UNSEAL

The United States, through the Department of Justice, Criminal Division, Fraud Section (the "Government"), respectfully requests the Court to enter an order directing the Clerk of the Court to unseal the Judgment of this Court in the above cause number. At this time no reason exists for the Judgment to remain sealed.

Counsel for the Government has been in contact with counsel for defendant and they have no objection to the granting of this motion.

Therefore, the United States respectfully requests the documents be unsealed.

Respectfully submitted,

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
United Sates Department of Justice

By:

    /s/Michael P. McCarthy
Michael P. McCarthy, D.C. Bar #1020231
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Fourth Floor
Washington, D.C. 20530
(202) 305-3995
Michael.McCarthy2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Unopposed Motion to Unseal have been served via ECF upon counsel for the defendant this 7th day of November, 2019.

/s/Suzette Meskell