1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2
      * * * * * * * * * * * * * * *   )
3     UNITED STATES OF AMERICA,       )      Criminal Action
                                      )      No. 18-00360
4                    Plaintiff,       )
                                      )
5        vs.                          )
                                      )
6     ABDUL AMAN,                     )      Washington, DC
                                      )      September 18, 2019
7                    Defendant.       )      9:32 a.m.
                                      )
8     * * * * * * * * * * * * * * *   )

9

10              **SEALED** TRANSCRIPT OF SENTENCING HEARING
             BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
11                  UNITED STATES DISTRICT JUDGE

12

13     APPEARANCES:

14     FOR THE GOVERNMENT:      MICHAEL McCARTHY, ESQ.
                                UNITED STATES ATTORNEY'S OFFICE
15                                FOR THE DISTRICT OF COLUMBIA
                                CRIMINAL DIVISION - FRAUD SECTION
16                              1400 New York Avenue, Northwest
                                Washington, DC 20530
17
       FOR THE DEFENDANT:       WILLIAM R. COWDEN, ESQ.
18                              WILLIAM R. COWDEN, LLC
                                1750 K Street, Northwest
19                              Suite 900
                                Washington, DC 20006
20
       FOR US PROBATION:        KELLI WILLETT
21
       REPORTED BY:             LISA EDWARDS, RDR, CRR
22                              Official Court Reporter
                                United States District Court for the
23                                District of Columbia
                                333 Constitution Avenue, NW
24                              Room 6706
                                Washington, DC 20001
25                              (202) 354-3269

1          THE COURT:  Good morning, everyone.

2          MR. McCARTHY:  Good morning, your Honor.

3          MR. COWDEN:  Good morning, your Honor.

4          THE COURT:  Call the case.

5          THE COURTROOM DEPUTY:  Criminal Case 18-360, the

6    United States versus Abdul Aman.

7          Counsel, would you please identify yourself for

8    the record.

9          MR. McCARTHY:  Your Honor, Michael McCarthy for

10   the Government.

11         MR. COWDEN:  Good morning, your Honor.  William

12   Cowden on behalf of Mr. Aman.  He is present.

13         THE COURT:  Good morning.

14         We're here for a sentencing.

15         Mr. Aman pled guilty to Count 1, a criminal

16   information, conspiracy to defraud the United States.  The

17   statutory penalties are a maximum of five years in jail, a

18   fine of $250,000.

19         The indictment will be dismissed, which had Counts

20   1 and 2, at the end of the sentencing.

21         I have a pretrial services report, which indicates

22   that he's in compliance; a presentence report; the

23   Government's memorandum in aid of sentencing, which includes

24   a motion for downward departure for substantial assistance;

25   as well as the Defendant's memorandum in aid of sentencing.

1            In terms of objections, there are no objections.

2     They were resolved.

3            I will point out on Page 13 that Paragraph 45, the

4     offense of ring phone without intent to talk, 12-23-2014,

5     does not garner any points.  So that will need to be

6     changed.  It is zero points.

7            But everything else -- that's what was pointed

8     out.  It was not an official objection as such.  But I'd

9     agree, and so does Probation, that it does not get a point.

10           So in terms of the advisory sentencing guidelines,

11    the base offense is 12, minus two points for acceptance of

12    responsibility.  That puts the offense level at 10.

13           In terms of criminal history, we have one point

14    for operating a vehicle while intoxicated in 2004; in 2010,

15    driving while intoxicated, has another point; in 2014,

16    driving while intoxicated, second offense, which adds two

17    points.  That's four, plus an additional two points because

18    he was under supervision when these charges took place,

19    which puts the total criminal history points at six, which

20    puts him into Criminal History Category III.

21           The advisory sentencing guidelines for that:  It's

22    Offense Level 10, Criminal History Category III, which would

23    be ten to 16 months for custody.  Supervised release is one

24    to three years.  Probation he would be ineligible for.

25           The fine range is $2,000 to $20,000.  Restitution

1   is not being requested.  And he has a special assessment of

2   $100 that he needs to pay.

3          I'll find all portions of the presentence report

4   that are undisputed I'm accepting as findings of fact under

5   Federal Rule of Criminal Procedure 32(i)(3)(A).  To the

6   extent that there is -- as to the criminal history points

7   and category change, the findings are under Federal Rule of

8   Criminal Procedure 32(i)(3)(B).

9          I'll adopt the presentence report except for, as I

10   indicated, the criminal history points, which is Paragraph

11   45, which is six points, which puts him into Category III,

12   not IV.

13          Page 20 -- I meant to ask Probation about this.

14   Paragraph 72 says in terms of employment, at the time of his

15   arrest, the Defendant was employed; I'm assuming with the

16   interpreter.  But he'll remain in the status at the time of

17   sentencing, when -- he has been unemployed since 2014.

18          THE PROBATION OFFICER:  That's correct, your

19   Honor.  We'll make that adjustment to the presentence

20   report.

21          THE COURT:  I'd appreciate it.

22          So as to the Government's motion for downward

23   departure based on substantial assistance, they've requested

24   that it be reduced by one offense level, which would place

25   it at Offense Level 9 and Criminal History Category III.

1          The Government describes the Defendant's

2     cooperation as providing the Government with other

3     recruiters, the government contractor, who were involved in

4     similar recruiting, fraud; and with this information, the

5     Government requested and received documents from the

6     government contractor.

7          The Government as I understand it is still

8     investigating.  They indicate that the Defendant's answers

9     to their inquiries were truthful.  He was helpful in

10    interpreting documents that they received and identifying

11    additional subjects.

12         In sum, the Defendant's information aided the

13    Government in widening the probe of the recruiting of

14    qualified interpreters at the particular government

15    contractor.

16         Now, the Government did indicate the Defendant

17    would not be a useful witness in further prosecutions.  I'm

18    curious about that.  You can address it when you get up.

19         But I will grant the Government's motion and grant

20    the downward departure pursuant to 5K1.1 and then decide how

21    much departure downward there will be.

22         So let's move to hearing from the Government,

23    defense counsel and the Defendant.

24         I believe the Government's asking for jail time

25    within the guidelines, supervised release, no fine, no

```
 1   restitution.  And I am curious about the -- about not using

 2   him as a witness.

 3               MR. McCARTHY:  Yes, your Honor.  I can address

 4   that.

 5               THE COURT:  And anything else you want to.

 6               MR. McCARTHY:  And I don't want to undercut the

 7   statements I made in my motion for 5K by telling you why I

 8   don't believe that he would be a useful witness.

 9               He was a very -- he was very difficult

10   pre-indictment.  He was issued a target letter in 2017, so

11   more than two years ago.  He was on the Government's radar

12   before that as a subject of the investigation.

13               He went through two lawyers before he retained

14   Mr. Montalvo and Mr. Cowden, who have been very good

15   advisors for him.

16               And, quite candidly, he was not truthful with us

17   when he was represented by the previous two lawyers.  I

18   think one of them in fact withdrew because he didn't feel

19   like he could represent Mr. Aman.

20               So while he was truthful in providing answers to

21   us -- actually, let me put those in context:  We did not

22   feel like it would be beneficial to sit down with Mr. Aman.

23   So we provided a list of written questions to his counsel.

24   His counsel assisted him in providing us with written

25   answers to our questions.
```

```
 1              I think his answers were truthful, and they were
 2      helpful to us.  And we have identified additional subjects.
 3      And, you know, I hesitate to provide the Court with too many
 4      details --
 5              THE COURT:  That's fine.
 6              MR. McCARTHY:  -- on the record.
 7              THE COURT:  I'm curious.  Obviously,
 8      cooperation -- the highest cooperation on these 5K1s is if
 9      you wind up as a witness because that puts you out in the
10      public sphere.
11              MR. McCARTHY:  Right.
12              THE COURT:  There's obviously gradations, which
13      doesn't undercut the fact that if you provide information,
14      it basically moves the investigations forward and you have
15      someone who's giving you information but also someone that
16      you can discuss and test the information you're getting from
17      these other subjects.  So I'm not in any way diminishing it.
18              But I was curious.  There are instances where
19      somebody is expected to at a later point be a witness.  I
20      don't see it as a major factor because they haven't been a
21      witness yet.
22              MR. McCARTHY:  Right.
23              THE COURT:  But certainly the ultimate cooperation
24      is to come and testify in court, because it does put you out
25      there in terms of your community and otherwise.
```

```
 1              MR. McCARTHY:  Right.

 2              THE COURT:  It was more curiosity than anything

 3       else.

 4              MR. McCARTHY:  And we don't lightly deny him the

 5       opportunity for future cooperation.  We just -- we would

 6       have had to make a number of disclosures with him and we

 7       would have felt very uncomfortable sponsoring him as a

 8       Government witness.

 9              But it in no way diminishes the cooperation that

10       he did provide to the Government.

11              THE COURT:  You can then say whatever else you

12       wish to say.

13              MR. McCARTHY:  Thank you.

14              I just wanted to put some things in context that I

15       noticed in the Defendant's sentencing memo.

16              From the Government's perspective, the Defendant's

17       explanation that he was this wide-eyed new employee at

18       Fedsys and he just got sort of roped into this cheating is

19       inconsistent with its investigation.

20              The cheating was rampant at -- I should say --

21       well, we're under seal, so Fedsys is Government Contractor

22       No. 1.  The cheating was rampant there.  And in fact,

23       Mr. Aman's cheating was the most prolific.  We have evidence

24       that other recruiters talked about how flagrant Mr. Aman's

25       cheating was.
```

1    And it wasn't just to keep his job or to keep up

2    with his fellow recruiters.  I think it's important to

3    remember that the cheating was motivated by money.  He

4    obtained a large percentage of his salary through bonuses

5    that he wasn't entitled to on an annualized basis, almost

6    double his salary.

7    And it's important for the Court to know that the

8    bonuses that were related to referrals, he wasn't just

9    taking those bonuses from his company.  He was taking those

10   from people that had legitimately referred candidates to his

11   company.  He was taking those $4,000 bonuses away from other

12   private citizens who had referred candidates to Fedsys by

13   doing what he did.

14   I think the age of the case -- I wanted to address

15   the age of the case as a mitigating factor:  As I said, he

16   was -- he played a role in the age of this case.  He was

17   very difficult pre-indictment.  He went through two lawyers.

18   He was issued a target letter over two and a half years ago.

19   This case should have been brought much earlier;

20   but frankly, the Government gave him too many opportunities

21   to cooperate.  And that's what led to the indictment at the

22   end of 2018 versus 2017 or even earlier.

23   I also think it's important to note that this was

24   brought under the Wartime Suspension of Limitations Act.

25   And in passing that, Congress recognized that prosecution of

1    fraud cases in particular during a time of war is a

2    difficult thing.  And it would be inconsistent with

3    congressional intent in passing the Wartime Suspension of

4    Limitations Act to give defendants credit for the age of the

5    case, at least in the Government's view as I stand here

6    today.

7          The pattern of misconduct by the Defendant is

8    concerning.  He doesn't have serious offenses, but this was

9    a pattern.  He does not seem to be able to stay out of

10   trouble.  And the Government doesn't believe that a long

11   period of incarceration is appropriate for him, but a period

12   of incarceration would specifically deter him from future

13   misconduct.

14         And then following on that, general deterrence is

15   very important to the Government in contracting cases in

16   particular, where a ton of money is involved.  As I said in

17   my sentencing memo, a $10 billion global language services

18   contract was just reissued to a number of these same

19   companies in 2017.

20         It's very difficult to investigate these cases.

21   There are a lot of people involved and a lot of documents

22   involved.  I can tell you in this probe that I've been

23   handling for a year now, cheating was rampant on the

24   contract that Mr. Aman worked on, and I have no doubt that

25   cheating continues to be rampant.

1          And so the deterrent effect on people that are

2     currently working in this field in particular of government

3     contracting is important to the Government.

4          We believe that a brief period of incarceration

5     would send a message to other government contractors that

6     they cannot engage in this type of misconduct, and it would

7     encourage companies to implement stricter control.  So this

8     is a case about a group of recruiters and a group of

9     managers that were able to very easily circumvent the

10    controls that the company and the military had put in place.

11         I want to talk about that just for one second.

12    The Defendant notes in a footnote that the military had

13    other controls in place to prevent people from --

14    unqualified candidates from getting through and being

15    employed.

16         Well, our evidence is that some of Mr. Aman's

17    candidates, unqualified candidates, in fact made it all the

18    way to Afghanistan.  They were retested in Afghanistan after

19    some of these issues came to light.  They failed retesting

20    and they were subsequently sent home.

21         So the military may have had other controls, but

22    those other controls obviously didn't work in all cases.

23         And our evidence is that the OPI test that

24    Mr. Aman faked was the biggest hurdle to getting a job as a

25    linguist in Afghanistan.  If they could cheat that one,

1    because of failed internal controls later, because of

2    cheating later on, it was likely that those candidates were

3    going to make it through.

4         And at the end of the day, that's the Government's

5    concern, is that unqualified people were making it to

6    Afghanistan and then serving with US combat units there and

7    putting people -- the recruiters and soldiers in harm's way.

8         So in sum, those are -- the Government is asking

9    for a period of incarceration, a brief period of

10   incarceration, three years of supervised release.

11        As I've said, because of the -- as I put in my

12   memo, because of his financial situation, we're not asking

13   for a fine or restitution in this case.

14        THE COURT:  All right.

15        MR. McCARTHY:  Thank you.

16        MR. COWDEN:  Good morning, your Honor.

17        THE COURT:  Good morning.

18        MR. COWDEN:  Your Honor, I think maybe where I

19   will start is how Mr. Aman had such a troubled beginning in

20   this case.  And here is why:  Mr. Aman has essentially a

21   sixth-grade education from Afghanistan.  When he left

22   Afghanistan, he was through sixth grade.  He went to a

23   refugee camp in Pakistan, where he lived for four years; and

24   he struggled in that camp to support his sister, who left

25   Pakistan with five children.

1    So he and his sister and his five nieces and

2    nephews were in a refugee camp for four years, where he

3    lived from the age of about 14 -- 12, 13, 14, 15, in that

4    age, 16.  In that age he's in Pakistan now, no schooling

5    there.

6    He was renting a pushcart so he could walk the

7    pushcart to the markets in the city, get food and bring it

8    back to the refugee camp and sell it for a profit.  That's

9    how he spent four, five years in the refugee camp.

10   Then he comes to this country and he comes here on

11   a -- it was a Catholic Relief Services charity in

12   Indianapolis that was sponsoring refugees and placing them.

13   So he and his sister get sponsored to come to Indianapolis.

14   They come to Indianapolis.  He's about 17 years old at that

15   point when he comes here.  Again, no schooling, can't speak

16   English.  He learns English from watching television,

17   watching soap operas.

18   And he's got a facility for learning languages,

19   which is remarkable.  So he learns -- teaches himself

20   English, gets a job working as a custodian in an apartment

21   building complex for $6.50 an hour.  And he has several

22   other jobs there.

23   Then his sister decides it makes more sense to

24   come over here to the Washington area because there's a

25   bigger community of Afghans and there may be more

1    opportunity for her and her family.

2         The reason they left Afghanistan, her husband died

3    under suspicious circumstances.  He was found drowned in a

4    river, and he knows how to swim.  He knew how to swim.  His

5    body is recovered one day from the river.  He was a

6    physician; and the Taliban was insisting that he assist the

7    Taliban in cutting people's fingers off, cutting their hands

8    off and removing their eyes as punishment for stealing or

9    disobeying orders of the Taliban.  This was what they

10   requested him to do, he refused to do that.  He's dead.

11        The family flees to Pakistan and his mother died

12   when he was eight months old.  His father was essentially

13   off, not assisting in anything in terms raising the kids.

14        So he hasn't been raised in the circumstances that

15   we come to expect in this country.  And he gets to

16   Washington, DC.  When he gets to Washington, DC, he's

17   working at Lord & Taylor selling ties and suits.  He's

18   working other jobs, doing jobs where -- at Christmas, he

19   gets -- everybody's hiring other people.  So he's doing odd

20   jobs that way.

21        He always has his résumé on monster.com.  And on

22   his résumé, it's indicated that he can speak Farsi, Dari,

23   Pashto and several other languages.  He never remembers to

24   put English down there.  He kind of forgets that he can

25   speak English.

1    But his résumé gets picked up first by a federal

2    contractor who is placing people on military bases who have

3    a background in Afghanistan so they can help soldiers

4    socialize who are going to go overseas to understand the

5    culture and customs of the country.

6    So he's playing this role in sort of a role model

7    play on different military bases to assist troops before

8    they deploy so they will know what to expect over there, how

9    things work, what the culture is, what the foods are, how

10   you talk to people, all of these types of things.

11   And he gets a call from Fedsys.  A Fedsys

12   recruiter calls him to ask if he's interested in going over

13   to Afghanistan as an interpreter, so actually for -- to do

14   what he ends up doing for Fedsys.

15   He tells him:  I can't go to Afghanistan.  I fled

16   the Taliban and my sister -- our family name is mud over

17   there.  We can't go back.  It's too dangerous for me.

18   And as they were talking to him, they said:  What

19   about coming in as a recruiter?

20   So when he gets hired at Fedsys as a recruiter,

21   it's his first office job he's ever had.  He doesn't even

22   know how to use a computer.  He's got to do stuff on the

23   computer.  They have to teach him there.  So he's learning

24   office skills for the first time and he's thinking, This is

25   a great opportunity for me.  I'm a kid with very little

1    education in a strange country and I've got a job in an

2    office.

3            Well, his goal is to please his bosses.  And he's

4    finding out -- and much of this I put in the sentencing

5    memo:  His bosses are threatening to fire him and screaming

6    at him about -- he's an idiot because he's not bringing

7    people in.  And he figures out by talking to his co-workers

8    that, Here's what you do.

9            And I understand the Government is saying that

10   they believe in their investigation that his conduct was

11   widespread.

12           But what we disclosed to the Government and what

13   they've indicated that they believe is accurate is that he

14   brought in less than fifteen people on this fraudulent

15   activity.

16           Mr. Aman gave considerable information about other

17   people bringing in -- he certainly doesn't know what the

18   volume is of other people who were brought in who were

19   passing the original test then to go to Linthicum, Maryland,

20   for the followups.  It certainly seems it was widespread.

21           His bosses knew what he was doing.  They told him:

22   Don't talk about it.  Don't put it in writing.  But you're

23   going to get fired if you don't figure it out.  And you need

24   to figure it out because you're a smart guy.

25           And so it was a wink-wink, nod-nod situation,

1    where they absolutely knew what he was doing.

2            So when this comes to light, his bosses actually

3    tell him:  Don't tell anybody.  They tell him ahead of time:

4    There's investigators that are coming in from the main

5    company; and you're not supposed to know this, but we'll

6    take care of you.  Don't worry.  We've got your back, so on

7    and so forth.

8            And he gets fired.

9            And they said:  Don't worry.  We're still going to

10   bring you back.

11           And he gets frustrated and he writes the email

12   that he writes to the president of Fedsys in Florida.  His

13   office is up here in Crystal City.  There's the group in

14   Crystal City that's running their own little rogue operation

15   here.

16           So he writes the email to the bosses at Fedsys to

17   explain what's going on and in great detail about what he

18   was told to do and who knew it.  And he also sends the same

19   email to the president of MEP, the general contractor who

20   had the contract.

21           And what he had been doing on these occasions, not

22   all of them, but on at least some occasions, was

23   substituting or taking the over-the-phone test, the initial

24   screening test that would then cause a candidate to go to

25   Linthicum, Maryland, where there would be followup training.

1    And the reason that MEP's facilities -- why everybody went

2    there is because they also had to be interviewed and

3    screened through an essay to make sure that they were

4    qualified for security clearances.  So all of this was done

5    in that area so that they went to the next level.  And there

6    was more testing done there on site, in-person testing done

7    there.

8         So I am surprised when the Government says that

9    unqualified people made it all the way through on-site,

10    in-person testing, because it doesn't seem that those tests,

11    unlike the phone tests, could be manufactured.

12              THE COURT:  You're looking for perfection.

13              MR. COWDEN:  I'm sorry?

14              THE COURT:  You're looking for perfection in all

15    of these things, and there isn't.

16              MR. COWDEN:  There isn't.  There's levels.  Right?

17    And certainly there's levels.

18              And they do the first screening and then they go

19    to the second level and then they go to NSA interviews and

20    screening.  And if they are qualified, they get sent to

21    different capacities.  And it depends on how qualified they

22    are, how many languages they can speak, how well they know

23    areas as to where they deploy.

24              But what happens with Mr. Aman then is, he gets

25    fired.  And he does appear to be -- at one point, the camp

 1    here in Crystal City circles the wagons, and he's going to

 2    be the scapegoat and it's all him doing this.

 3           As it turns out, we know that's nonsense.  It

 4    wasn't that way.

 5           Subsequently, Fedsys fires all the people from

 6    Crystal City.  I believe they're all gone.  And then MEP

 7    subsequently fires Fedsys from being one of its contractors.

 8           So in that sense, Mr. Aman certainly started the

 9    boulder moving that caused the clean-out of Fedsys here for

10    the recruiting contract under MEP, and MEP eventually

11    cleaned out Fedsys for this as well.

12           So that process got working.

13           What Mr. Aman then did, which seemed reasonable,

14    he gets fired.  He thinks, This isn't fair.  I'm getting

15    fired for doing the stuff that everybody was doing there.

16    So he goes and he talks to an attorney.

17           And the first attorney he talks to tells him:  You

18    have a great whistleblower case.  But we have to keep it

19    secret.

20           So there's this concept of:  All right.  There

21    might be this False Claims Act case out there.  You can make

22    a lot of money, and maybe the attorney can make a lot of

23    money.  But we have to keep this stuff secret and we have to

24    put together this case and then we have to give it to the

25    Government in the False Claims Act fashion and keep this

1    secret; and if we tell them too much, we lose it.  So that's

2    what he's understanding from the first lawyer.

3              And then agents come and start talking to

4    Mr. Aman.  And he's got lawyers telling him:  Don't

5    cooperate too much.  If you say too much, you lose your

6    case.

7              And so he gets into this tension.  And I think

8    part of the frustration here is that he was being

9    represented by an employment lawyer who thought he had a

10   great whistleblower case, but who wasn't familiar with the

11   concept of cooperation.  And you can't pick what you want to

12   talk about and what you don't want to talk about.

13             And he gets from there to another lawyer, and the

14   next lawyer is a bit -- caught in -- with a little bit of

15   criminal experience, not necessarily as much federal

16   criminal experience with cooperators.  But Mr. Aman is again

17   having trouble with what he is being told you can and can't

18   say, should and shouldn't say in terms of cooperation.

19             Eventually, he gets over to us.  And I think it's

20   clear at that point that when you cooperate and you step in,

21   you're all in.  You can't pick this, whether I'm going to

22   talk or not talk, who I'm going to protect or not protect.

23   I think he was trying to protect his nephew at one point

24   because he was concerned that the nephew had taken some test

25   and might be implicated; and his thought was, I can't take

1    down my sister's kid.  I'd rather just take the bullet

2    myself.  And even that doesn't necessarily work in terms of

3    how cooperation works.  You don't get to pick what you're

4    going to do.

5              So at some point, he does get on the track and

6    understands that and is cooperative with us, providing

7    information.  And we get this information and then we give

8    it to -- and I certainly understand from the Government's

9    perspective that there's a history with him of not being

10   initially candid at the outset.  And I think that a lot of

11   that information comes from a lack of familiarity with the

12   system and from legal advice that he was getting that if you

13   have a whistleblower case, you have to be careful about when

14   you disclose and what you disclose, or you lose your right

15   to bring this whistleblower case.

16             THE COURT:  You're going too fast in terms of --

17             MR. COWDEN:  So I think that's -- you know, that's

18   where some of the frustration here from the Government's

19   perspective in terms of not being the greatest person at the

20   front end to be a witness in this case would be.

21             I think, as the Government recognizes, when he

22   eventually did provide information, the information checked

23   out.  It was candid.  It was helpful.

24             And then I also want to focus on his criminal

25   history category.  So he's in a Level 3.  And if you look at

1    these offenses, the offenses are related to problems with

2    alcohol.  And my point there is, he's 35 years old now.  He

3    hasn't had that problem recently.  He did test positive for

4    marijuana when he was arrested.  And he's been perfectly

5    compliant at this point in the year this case has been going

6    on.

7              And my suggestion is that what that shows is that

8    some supervision is good for him.  He hasn't had supervision

9    growing up.  He's done well on supervision with the Court.

10   And he's demonstrated that.  He's cooperated.  His criminal

11   history category over -- the idea of -- behind a criminal

12   history category is it's trying to predict a person's

13   recidivism and dangerousness.

14             But here, these are all the same kind of offenses.

15   And we haven't seen those offenses and they're not dangerous

16   offenses and -- but we haven't seen them, either.  I mean, I

17   understand drunk driving is --

18             THE COURT:  I don't know that drunk driving is not

19   a dangerous offense.  But I agree with you:  It's not

20   assaultive behavior.

21             MR. COWDEN:  Right.

22             So -- and it appears that he's got that problem

23   under control.  And frankly, he seems to have his

24   marijuana -- to the extent he was using marijuana, he seems

25   to have that under control, too.

1            So what he really does need is a job.  And the

2       reason he is unemployed now is because he kept thinking that

3       this was going to resolve sooner and then he would know what

4       he could tell his employer, because he was both confused

5       about, What can I say to a case that's under seal if I'm not

6       supposed to tell them that I've got this pending case, but

7       at the same time, if I go in and I talk to a new -- so --

8       new employer and I'm not honest with them about how I have

9       this pending case and I don't know how that's going to

10      resolve, what can I say?

11            And so it just looked like this was going to be a

12      resolution that occurred sooner.  And then I would be in a

13      position to say:  Okay.  I know now that I'm done with this.

14      I'm just on probation or I'm on supervised release.

15            THE COURT:  You usually can talk to the

16      Government.  You have people who cooperate for a long period

17      of time.  They do get jobs.  There's obviously a way of

18      indicating or not indicating that are better within the

19      rules in terms of doing it, just in terms of not simply --

20      not working at all.  I do think that's something that he

21      needs to do.

22            MR. COWDEN:  Well, the most recent -- our most

23      recent discussion about that, which was about two months

24      ago, when we knew this sentencing was coming, I said:  Look,

25      you know there's a sentencing coming.  We don't know what's

```
 1    going to happen at the sentencing.  Let's put off the

 2    employment for now until after sentencing so that you can

 3    figure out either you're going to be doing some time and

 4    then you can go out and get the job or you won't do time and

 5    you can immediately go out and hustle to get a job.

 6              He's 35 years old.  He wants to be self-sufficient

 7    and to have the pride of employment.  And that is really

 8    what he needs.

 9              And then just to comment on the -- I understand

10    the Government's concern about sending a message to the

11    community or to other contractors about this, and that

12    that's an important component of sentencing.  Sometimes I

13    question whether that's appropriate, given that 3553 is

14    really guided towards personalizing a defendant's sentencing

15    and what's the least necessary to --

16              THE COURT:  Deterrence to others is one of the

17    factors.

18              MR. COWDEN:  It is.  But --

19              THE COURT:  It's not -- you're not going to hang

20    your whole hat on it.  But it certainly is specifically

21    mentioned in there.

22              MR. COWDEN:  It's enumerated.  I understand it's

23    enumerated.  And I'm not sure -- in some cases, I think that

24    that's -- that that works.

25              In this case, of course, your Honor, the
```

1    Defendant's cooperation is under seal.  And it remains under

2    seal.  And so we're really not sending a message to anybody

3    here because --

4        THE COURT:  Well, presumably those that are being

5    investigated will find this out.

6        But one question that I would ask is:  Does he

7    want to have the case remain under seal going forward in

8    terms of -- Probation usually raises this issue.  Anything

9    that would happen, including today, would remain under seal.

10   The judgment, which doesn't -- is not going to have anything

11   about cooperation in it -- it never does -- and from that

12   point forward would not be under seal.  The case wouldn't be

13   under seal.  It's up to him.

14       I don't know that he at this point needs to keep

15   it that way.  But I'll be guided by you.  It does make it

16   easier going forward.  But we'd keep everything, including

17   the discussion today.  The presentence report doesn't say

18   anything about cooperation and the judgment won't either.

19   They never put anything in there.

20       MR. COWDEN:  I think as long as there is no

21   indication of cooperation.  I think that it's -- that that

22   part needs to be under seal.

23       The reason is that there is -- the Afghan

24   community still has -- there is still a bit of distrust of

25   government from the Afghan community because of where they

1    come from.  And so this perception that he cooperated with

2    the Government, there is a lack of --

3            THE COURT:  Nobody is suggesting that that -- if

4    he's -- the way it comes out is if you're a witness.  That's

5    why I asked the question.  I mean, if you are going to be a

6    witness, then, yes, you're out there.

7            Since the Government at least at this point has no

8    intention of using him as a witnesses no matter what

9    happens, there's no reason to know that.  And that's why I'm

10   saying:  Everything would be sealed, including the

11   discussion today.  The presentence report, if there's

12   trouble at some future point, they look at it and it has

13   nothing about cooperation.

14           And the judgments never do.  They don't have

15   anything in there.

16           There's some additional material the Court fills

17   out that goes to the Commission.  But that's not a problem.

18   From this point forward -- it does make it an easier issue

19   in terms of his indicating that he has -- to be honest, he

20   has a conviction.  He doesn't have to say anything else.

21           MR. COWDEN:  I think that's fine, as long as the

22   cooperation is concerned.  Now, early on, when we were in

23   discussions, he was very concerned about the danger of

24   cooperation.

25           THE COURT:  That's why I asked.  I don't really

1    normally do it.

2              Does the Government have any issue with this?

3              MR. McCARTHY:  No, your Honor.  We're fine with

4    everything remaining under seal.  We would ask that for

5    deterrence reasons that the judgment be unsealed, of course.

6              THE COURT:  Let me just put this in.

7              Anything else, sir?

8              MR. COWDEN:  Your Honor, I just looked.  I believe

9    that the rest of the points I made are made in the

10   Defendant's sentencing memorandum.

11             THE COURT:  Okay.

12             MR. COWDEN:  Thank you, your Honor.

13             THE COURT:  Mr. Aman, you have a right to address

14   the Court if you wish.  You don't have to.  But if you want

15   to, you can.  It's up to you.  You need to come up so we can

16   make sure we have a record.

17             You need to speak into the microphone.  You're

18   tall, so put it up so you don't have to keep leaning over.

19             THE DEFENDANT:  I just want to say I'm -- your

20   Honor, you know, I'm sorry what I got into the thing,

21   because all I can say, I was -- I didn't know what was

22   right, what was wrong.  I was still -- I didn't know what to

23   do over there.  And I follow my seniors' instruction, what

24   they told me to do.

25             And there was -- one of my managers, they were the

1    one changing the phone numbers in the system and getting to

2    do the tests.  That was not me.  The thing was already exist

3    in that company when I got recruited by the company.  They

4    were doing it.

5           For three months, I couldn't find any candidate

6    because I was just following, making phone calls, anything.

7    They called me doing that "Zero," making fun of me.  So the

8    other recruiters, they were getting all kind of like benefit

9    from the managers, like come late or get a day off or

10   something.

11          And I found out how they do it.  They were

12   doing -- passing -- passing the test for a candidate; and

13   that was -- and change the phone number in the system,

14   contact with the manager.  The manager would personally

15   change the number in the system and come back, tell us, you

16   know, "Look, when you pass the test, you come back.  I put

17   the original number back in the system."

18          And after that -- and the Government say I put the

19   troops in danger.  I never done that thing, because I only

20   recruited to the Baltimore, the training center.

21          And at the training center, they were conducting

22   three different tests, three different language tests.  So

23   there was a Skype test; there was an in-person test; and

24   there was a written test.  So the MEP make sure they are

25   qualified, the Prime Company.  They were sending him to

1   Georgia; and after Georgia, they were sending, I believe, to

2   Indiana to do the security clearance paperwork, if they are

3   qualified.

4        So I don't know how do I put -- even I send

5   unqualified candidates to the training center.  But they

6   were the ones -- they got registered by MEP Prime Company

7   and then send them to Afghanistan.

8        So all I can say, I made a mistake, because I

9   didn't know the right and wrong.  And like Mr. -- my

10  attorney explained everything.  I didn't know what to say in

11  the beginning.  They were like -- one attorney was saying --

12  like I wasn't -- at first, "I'm going to go to FBI; I'm

13  going to go to CIA."

14       And they were like, "You know what?  They would

15  take your folder and pass it to the person.  And you are the

16  one you're going to get messed up."

17       I didn't know what to do.  I was just -- like

18  right now, I'm just like -- I don't know -- like 30, 40

19  percent, I didn't understand what they said to each other.

20  But only I was just following my attorney's advice, what to

21  say and what not to say.

22       THE COURT:  I'm less concerned about the earlier

23  advice that you received from the other attorneys.  I mean,

24  the Government was simply explaining why this case took some

25  time, not so much indicating that -- following your

1    attorney's advice, which was perhaps not the best, as a

2    reason in any way to view as a negative aspect.

3           But the one thing I do -- in listening to you,

4    Mr. Aman, are you accepting responsibility for your actions?

5    Are you shifting them off to the other -- the company, the

6    other people and, "Well, I didn't have to worry about it

7    because this other training center was going to pick up on

8    it?"  Obviously, they didn't, necessarily; and that's sort

9    of like shifting responsibility to somebody else.  So are

10   you actually accepting responsibility for what you did?  Who

11   cares what the other people did.

12           THE DEFENDANT:  I understand.

13           THE COURT:  Are you accepting responsibility?

14           THE DEFENDANT:  Of course I do, ma'am.  Of course

15   I do.  I wish I knew the better, you know.  I work in

16   different places.  I never follow the rules.  Like I work at

17   a clothing company.  We had, like, 20 percent discount.  I

18   never used that 20 percent discount to, for example, my

19   close family, sisters or anything.

20           And I never broke any law in this country.  I

21   mean, I made some mistakes because I was new in the country.

22   I was not aware of how to manage my -- to manage the lines,

23   because I didn't know a lot of stuff.  But since 2016,

24   slowly, slowly, I was watching the TV and the news and

25   slowly, slowly, I learned a lot in these past three years.

1   But before that, I just know the basic rights, you know.

2   Like I didn't know, like, about the driving.  And that's all

3   I knew.

4           THE COURT:  I am concerned, Mr. Aman, frankly,

5   listening to you as to whether you are actually accepting

6   responsibility --

7           THE DEFENDANT:  Of course I do, man.  Of course I

8   do.

9           THE COURT:  Listen to me.

10          -- for what you did, not what the other people did

11  that may have been the way you found out about it.  But

12  accepting responsibility, not making an excuse for what you

13  did.

14          Are you accepting responsibility?  The statement

15  of offense is a fairly detailed one, which we went over,

16  which is why I do it, to make sure that people understand

17  what they're agreeing to.  And you did.

18          So I wanted to make sure you're accepting

19  responsibility.  It's not somebody else's fault; it's yours.

20  Are you accepting responsibility?

21          THE DEFENDANT:  Yes, ma'am.  I do.

22          MR. COWDEN:  Your Honor?

23          THE COURT:  Yes.

24          MR. COWDEN:  I have spent some time with Mr. Aman.

25  I've spent a lot of time with Mr. Aman.  And I think I have

1    a sense of even understanding sometimes when his English is

2    difficult.

3              His concern is, he wants the Court to know, he

4    didn't originate or come up with this idea from the start.

5              THE COURT:  I don't think there is anything that

6    indicates -- I don't remember in here that it indicated that

7    he was the originator of it.  And it's obvious that other

8    recruiters were doing it, and the company was well aware of

9    it.  So that doesn't excuse them.

10             This is sort of -- in putting it simplistically,

11   you're speeding along at 100 miles in a 25-mile-an-hour

12   zone.  The police stop you; and you say, "But everybody else

13   is, so it's okay for me."

14             Well, it's not.  You may be the one caught and

15   they may not be.  You may get caught down the road.  But the

16   point is, if you're doing it, you're the one who is

17   responsible.

18             There's nothing to indicate and the Government

19   didn't argue that somehow they were literally -- that there

20   was no problem.  It's obvious other recruiters were doing it

21   and the company knew it.  And in terms of what they

22   ultimately did, they got rid of all these people.

23             But I want to make sure you are taking

24   responsibility.

25             THE DEFENDANT:  Of course I do, ma'am.  That was

1    my goal, because in 2016 I was supposed to join the US Army,

2    because I went.  I talked to the recruiter.  They gave me

3    the application.  And that was like my goal, to join the

4    Army so they can pay for my college.  I can finish my four

5    years in Army and they would pay for my college.  I come

6    back and I have a decent life over here.

7            But this investigation started and I got caught up

8    because I -- the other part is I do want to work.  It's like

9    so much restriction on me.  So many places, I cannot.

10   Everywhere I go, it's just like my name is all over the

11   news.  When I got indicted, all over the news.  Like anybody

12   saw my name, my name is on 25 news channels.

13           So then this other restriction was, like, I have

14   to let the employer know that I've been charged with that

15   one.

16           THE COURT:  But you're telling me the consequences

17   of your criminal conduct.  Unfortunately, there are

18   consequences to criminal conduct if you get caught.  And you

19   did get caught, and there are consequences.

20           And there are still going to be issues when you're

21   looking for employment, because they will look -- not

22   always; but assuming they look at certain jobs, they're

23   going to see it.

24           You are also probably not going to be able to get

25   certain jobs simply because of the nature of the -- to some

1    degree, even the intoxicated drunk driving stuff may

2    preclude you from things, thought it's in the past.

3         But I'm still back to my issue.  I wanted to make

4    sure that you understand that -- I don't want to hear later

5    that you didn't understand, you didn't really appreciate it,

6    it's everybody else's fault.  I don't want to hear any of

7    that.

8         I want to make sure that you're accepting

9    responsibility for your actions, whether the company knew,

10   got you into this, whether other recruiters were doing it or

11   not.  This is -- you're being sentenced based on your

12   conduct, not theirs.

13        So I want to be assured that you actually are

14   taking responsibility, not coming up with excuses as to why

15   you did it.  There's certainly mitigation the Court can

16   consider, but that goes to mitigation.  That doesn't go to

17   the core issue of whether or not you are actually accepting

18   responsibility that you did all the things that you agreed

19   to.

20        THE DEFENDANT:  Yes.  Yes, your Honor.  I do

21   accept the responsibility.  That's why I pled -- signed the

22   plea deal and I got the felony.  I've been on probations.

23   So that's the reason.  I knew I was wrong what I did and I

24   wish I knew the better.  Otherwise, I would have never done

25   that one.

```
 1              THE COURT:  Counsel, are you satisfied?

 2         The reason I go through these statements of

 3    offense with the details -- everybody always wonders -- is I

 4    get 2255s or something else at a later point because

 5    something else happens to them and they decide to go back

 6    and look.

 7         So I want to make sure from your perspective that

 8    he understands what he did and he understood what he --

 9    there was no indication to me going through this that he

10    didn't understand what he was agreeing to.

11         You've been dealing with him.  So I want to make

12    sure he understands what he's agreed to and he's accepted

13    responsibility, which has consequences, which is what we're

14    doing today.

15         MR. COWDEN:  Your Honor, I do believe that he does

16    recognize -- he certainly is frustrated by the fact that he

17    appears to have been, at least at the early stages, the only

18    one who got fired for what he disclosed.  He wrote an email

19    to the bosses.

20         THE COURT:  I know.  But that's not answering my

21    question.

22         MR. COWDEN:  But what he did -- in writing that

23    email, he recognized what was being done was wrong.  He

24    recognized it then.  So he knew when he wrote that email

25    that what had been going on in the Crystal City office was
```

1   wrong.  He knows he was in the middle of it.  And he

2   recognized that.  And he did accept responsibility for that

3   misconduct.

4          He didn't -- what I think he's trying to explain

5   is, he didn't come up with the scheme.  He didn't generate

6   the idea.

7          THE COURT:  Nobody has said so.

8          MR. COWDEN:  Right.

9          THE COURT:  I haven't concluded that and the

10  Government didn't say it.

11         MR. COWDEN:  Right.

12         THE COURT:  And it's nothing -- as far as I

13  recall, there's nothing in the statement of offense that

14  says he did.

15         MR. COWDEN:  I know there's probably some

16  frustration that, as far as he knows, he's the only one

17  who's been punished for that.  But we don't expect that will

18  be true down the road someday.

19         As he stands here right now, though, there is

20  obviously this frustration that he stands convicted of a

21  felony for this conduct.  He understands it's going to be

22  more difficult to get employment in the future.  So while

23  those are the frustrations for the consequences of his

24  conduct, I don't have any doubt that he recognized that the

25  conduct that he did was wrong when he did it.  He understood

1     that.

2           And the facts demonstrate that both by the fact of

3     his guilty plea and also by the pre-guilty plea conduct in

4     which he essentially became the whistleblower.

5           THE COURT:  I'm not concerned about the "pre"

6     stuff.  He had different lawyers and stuff.  That was an

7     explanation of why there was a delay.  That's not my concern

8     in terms of sentencing.

9           But I want to make sure that you're agreeing that

10    what you did was wrong.

11          THE DEFENDANT:  Of course.  Yes, your Honor.

12          THE COURT:  Let me take about five minutes to go

13    through my notes and then I'll come back and do the

14    sentencing.

15          MR. McCARTHY:  Your Honor, could I just put one

16    thing on the record --

17          THE COURT:  Sure.

18          MR. McCARTHY:  -- please?

19          And I don't want to -- I just think it's

20    important, given the back-and-forth that I just overheard.

21          So prior to retaining Mr. Cowden and Mr. Montalvo,

22    Mr. Aman had retained Bill Cummings.  He is a criminal

23    defense attorney.  He was the former United States Attorney

24    for EDVA.

25          I reverse-proffered with Mr. Aman and Mr. Cummings

1    on September 24th, 2018.  During that reverse proffer, I

2    will tell the Court Mr. Aman indicated that he was going to

3    take responsibility.  He agreed to everything that we

4    presented to him.

5            I sent a plea offer to Mr. Cummings with a number

6    of -- or with a bunch of discovery attached to it on

7    September 27th, 2018.

8            And then a few days later, Mr. Aman emailed me and

9    Mr. Cummings directly -- I don't know how he got my email

10   address -- and essentially said, "I didn't do it and I don't

11   know what you're talking about" and backed out of the deal.

12           So this is a pattern that he engages in.

13           And I think it's important to put it on the record

14   so that if there is a 2255 motion down the road, whoever is

15   taking a look at it knows that this is something that he's

16   done in the past, where he's taken responsibility and sort

17   of backed off and taken responsibility and backed off of it.

18           Frankly, that's why we had to indict him.  And

19   thankfully, he retained competent counsel and they advised

20   him appropriately, in the Government's view.

21           THE COURT:  Well, let me make it ten to be

22   practical.  And I'll come back.  So I'll make it 25 after.

23   So at about 25 to 11:00, I'll come back out.

24           MR. McCARTHY:  Thank you.

25           THE COURT:  If Probation can come for a second.

 1              (Thereupon a recess was taken, after which the

 2      following proceedings were had:)

 3              THE COURT:  All right.  In addition to the

 4      advisory sentencing guidelines, the Court considers the

 5      pleadings, arguments and record in this case, in addition to

 6      the following information, in determining a fair,

 7      appropriate and reasonable sentence in conformance with the

 8      factors set out in 18 USC 3553(a) and subsequent sections,

 9      except for (e).

10              Mr. Aman is 35 years old.  He's a naturalized US

11      citizen.

12              In terms of criminal history:  At age 18, a

13      conviction for public intoxication.  He has three

14      driving-while-intoxicated convictions.

15              There's the ring phone without intent to talk,

16      which -- it's unclear what happened to that case, and a

17      failure to carry or exhibit his license.

18              In terms of arrests, he's had four, and assault on

19      a police officer.  He completed a diversion program, so the

20      case was dismissed.

21              There are other two cases that were *nolle pros*'ed

22      or dismissed.

23              Education:  He self-reports six to seven years of

24      schooling in Afghanistan and no further education either

25      there or in the United States.  He does speak and evidently

1     is fluent in seven languages.

2          Employment:  Not presently employed since 2014.

3     From 2001 to 2006, he did some home healthcare aide work.

4     Also, out of an apartment complex, he did some maintenance

5     work.

6          From 2006 to 2009, he was a salesman at Lord &

7     Taylor.

8          From 2008 to 2011:  Role-playing services to

9     various military bases in preparation for going overseas.

10          From 2010 to 2012, he worked as a linguist

11     recruiter.

12          Financial condition:  No income.  The only asset

13     is a car.  He's got various civil judgments.  He's supported

14     financially by his sister and his fiancée.  I'll find he has

15     no financial ability to pay a fine or, if restitution was

16     appropriate, to pay restitution.

17          In terms of substance abuse:  There's some

18     marijuana use.  He had three positive tests in 2018.  Since

19     that time, they've been negative, including a test on July

20     3rd of 2019.

21          Mr. Aman has indicated he hasn't used alcohol

22     since 2014, which was the last arrest for driving while

23     intoxicated.

24          Mental health, emotional health:  There's been no

25     treatment.  He is understandably under distress at this

1    time.

2    In terms of physical condition:  No issues, no

3    medication, although he has not been seen by a physician in

4    the last three years in part because he's uninsured.

5    On a personal basis, he was born in Afghanistan

6    into an intact union.  His mother died during his infancy.

7    He's not been in contact with his father since 1995.

8    He and his sister were brought up by a maternal

9    aunt.  He and his sister and aunt relocated in the 1990s to

10   Pakistan.  Continued living in Afghanistan between the

11   Russians and the Taliban made it untenable.

12   In Pakistan, he was in a refugee camp for four to

13   five years.  Then the aunt, the sister and her family and

14   the Defendant came to the United States in 2001 under

15   refugee status.

16   He and his sister were sponsored by Catholic

17   Charities, evidently, from Indian.  So he spent five years

18   there.  He then moved to the Virginia area.

19   Mr. Aman is not married.  He has no children.  He

20   met his fiancée, who is living in Canada, through Snapchat.

21   She's provided some financial assistance to him and she's a

22   nurse.

23   The Defendant has generally lived with his

24   sisters.  He spent two years on his own in an apartment

25   while working doing the contracting job.

1          Because he involved his nephew in this criminal

2     scheme, he no longer lives with his sister, although she is

3     still supportive of the Defendant.

4          He presently lives in the basement of a family

5     friend.  He obviously needs to get a job.  He's way too

6     young to be retired.

7          In terms of the offense conduct, in summary form,

8     the Defendant fraudulently recruited linguists to serve with

9     US combat forces in Afghanistan that did not meet minimum

10    requirements of proficiency standards in order to obtain

11    bonuses from his employer or the government contractor.

12         The co-conspirators faked language screening tests

13    so unqualified interpreters would be hired.  He got bonuses

14    based on the number of recruits that were hired.

15         The recruits did receive additional testing to

16    determine their skills at a government facility and at

17    government expense.  If the recruits failed at this point,

18    the Defendant still received a bonus.

19         It should be noted that the Defendant set this

20    fraudulent conduct in motion even if they wound up going to

21    these other facilities.  And the Court uses interpreters.

22    So being bilingual doesn't make you an interpreter.  An

23    interpreter has additional skills, and it's important; and

24    not everybody is actually a good interpreter.

25         So being proficient in the language by itself

1    doesn't work.  You have to have additional skills, which

2    presumably was the reason for the testing.

3           So I'm going to go through the manner and means of

4    the conspiracy as it related to Mr. Aman.  And this is taken

5    from the statement of offense, which he agreed to.

6           So, one:  In or around March of 2011, the

7    Defendant and co-conspirators agreed that the Co-Conspirator

8    No. 1 would take the OPI test on behalf of Mr. Aman's

9    linguist candidates that couldn't pass the OPI test on their

10   own to enable the Co-Conspirator No. 1 to impersonate the

11   candidates during the OPI tests.

12          Mr. Aman supplied Co-Conspirator 1 by email and

13   other means with the candidate's biographical information as

14   well as the date and time of the candidate's OPI test.

15   Mr. Aman provided his Government Contractor No. 1 manager

16   with Co-Conspirator No. 1's telephone number in place of the

17   actual candidate's telephone number.

18          Mr. Aman's Government Contractor No. 1 manager

19   would enter Co-Conspirator 1's telephone number into the

20   computer system that caused it to be supplied to the

21   Government Contractor No. 2 to be used during the

22   candidate's OPI test.

23          On at least one occasion, Mr. Aman collected a

24   candidate's cellular telephone and provided it to

25   Co-Conspirator 1 for use during the candidate's OPI test.

1          When Government Contractor No. 2 testers called

2     the telephone number that the Government Contractor No. 1

3     had provided for a linguist candidate, which was in fact

4     Co-Conspirator No. 1's telephone number or the telephone

5     number of some other co-conspirator, Co-Conspirator No. 1

6     used the linguist candidate's personal information that he

7     had received from the Defendant to impersonate the candidate

8     and pass the OPI test.

9          The linguist candidate for whom Co-Conspirator No.

10    1 had passed the OPI test would be sent by MEP to the

11    contractor to a military base in Maryland for additional

12    language testing and training for potential deployment to

13    Afghanistan.

14         Between March 30th, 2011, and April 29th, 2012,

15    using his Government Contractor No. 1-provided email

16    address, Mr. Aman sent the personal information of at least

17    14 linguist candidates to Co-Conspirator No. 1, who was

18    taking the test for the other candidates.

19         Mr. Aman received recruiting bonuses from

20    Government Contractor No. 1 based on the linguist candidates

21    that MEP hired because of the falsified OPI tests.

22         To obtain referral bonuses to which he was not

23    entitled, Mr. Aman provided the Government Contractor No. 1

24    with false information regarding the referrers of certain of

25    his linguist candidates.

1    In place of a candidate's true referral, or person

2    who referred them, Mr. Aman falsely represented to the

3    Government Contractor 1 that a different person, typically

4    one of Mr. Aman's family members or close associates,

5    indicating that they had referred the candidate, thereby

6    claiming a referral bonus for the false referrer.

7    During his employment with Government Contractor

8    1, Mr. Aman provided false information regarding a

9    candidate's referrer to Government Contractor No. 1 at least

10   eight times.

11   Because of Mr. Aman's false representations,

12   Government Contractor No. 1 would send referral bonus checks

13   by US mail made out to false referrers.

14   Mr. Aman would direct the false referrer -- in

15   other words, his family member or close associate -- to

16   provide him with the proceeds from the referral bonus

17   checks.

18   Some specific examples of the execution of the

19   scheme:  The first one related to the manner and means of

20   the conspiracy.

21   So on or about -- actually, I'll leave it at this

22   point.  I think the manner and means of the conspiracy is

23   probably sufficient.

24   The recruiting bonuses and referral bonuses that

25   Mr. Aman obtained from Government Contractor No. 1 as a

1   result of the scheme that I've just described totaled about

2   $40,000.

3          This is a serious offense.  He did not recruit

4   qualified interpreters for military service personnel in

5   Afghanistan, which was a war zone, to interpret for military

6   personnel during interactions with either Afghani citizens

7   or Afghani military or others in the country.  He was paid

8   bonuses.

9          And the fact that after the linguists recruited

10  passed the oral test through somebody else passing it, which

11  in some instances involved, as I said, other qualified

12  interpreters actually taking the test for the unqualified

13  recruit, these recruits were tested further at a government

14  training facility.

15         But that doesn't alter the fact that the

16  unqualified -- they were unqualified to start with.  The

17  government is spending money to further test and train them,

18  time and money that could have been spent on qualified

19  linguist interpreters.

20         It also assumes that the additional training would

21  weed out the unqualified linguists.

22         The fact that according to the Defendant others in

23  the company, other recruiters or the company itself, was

24  doing what he did and he wasn't dissuaded by the company

25  itself certainly doesn't excuse Mr. Aman's conduct.

1    Frankly, it undercuts to some degree his acceptance of

2    responsibility.

3           The assumption that this further government test

4    would weed out the unqualified ones doesn't excuse the fact

5    that Mr. Aman recruited individuals he knew were

6    unqualified.  He's admitted this.  Frankly, the only reason

7    for doing it is greed.  He got paid for it.  There was

8    nothing else that any -- any other reason.

9           And the role of the recruited interpreters was

10   important to the individual service personnel relying on

11   them and to the military mission in Afghanistan if these

12   people went forward, since obviously for the most part they

13   were sent with people who didn't speak the languages that

14   are spoken within Afghanistan.

15          As I said, an interpreter is skilled.  It's not

16   just that you're bilingual.  You can be bilingual and not a

17   good interpreter.

18          Also, in terms of looking at the convictions, most

19   of them are drunk driving.  There was the one earlier

20   diversion case that involved an assault.

21          But the convictions, although they're viewed as

22   traffic -- I mean, driving drunk is dangerous.  It's a lack

23   of regard for complying with the law.  I mean, it doesn't

24   show a respect for the law and understanding that this is

25   not something that you can do.

1        On the other hand, he did enter a plea and he did

2   cooperate; and I will give him credit for that.  And I'm

3   going to take his word, which he gave under oath at the

4   plea, that he's agreeing to be engaged in this criminal

5   conduct and that he's accepting responsibility for this

6   conduct.

7        I will say that he doesn't have any recent

8   criminal activity.

9        I think it's very important that he get a job.  I

10  think, frankly, getting a job is essential.

11       And it may be that, Mr. Aman, you need to consider

12  getting a job not necessarily in the Afghani community.  You

13  may be more comfortable there.  But it may open -- you're

14  limiting yourself from a larger community of things that you

15  can do.

16       You self-report a lack of education, but you

17  obviously -- from the limited interactions I've had with

18  you, you're intelligent and you obviously know these other

19  languages.  And you've been able to with limited education

20  basically make this work with the contracting company.

21       So at this point, you're at Offense Level 10,

22  Criminal History Category III, for which the incarceration

23  range would be ten to 16 months.

24       I will, as the Government has suggested, reduce it

25  for your cooperation to one offense level, which is Offense

1    Level 9, Criminal History Category III.

2              I think you'd have to conclude that drunk driving

3    is not a serious offense.  It sort of falls into the traffic

4    convictions, but it's not the typical traffic convictions of

5    driving without your license or after it's revoked.  Drunk

6    driving is serious.

7              And so I think the idea that the criminal history

8    sometimes overrepresents it, I don't think in my opinion

9    that that's accurate in this particular case.

10             So if you're at an Offense Level 9, Criminal

11   History Category III, it's eight to 14 months.

12             Looking at the 3553 factors, which I've discussed

13   in terms of background information, I think -- I'm not sure

14   there's rehabilitation needs.  I do think you need some

15   vocational training and/or education to further your

16   possibilities for work.

17             I also think that deterrence to you in terms of

18   not allowing other people's conduct to influence you or to

19   use it as a reason for your engaging in the same conduct --

20   you need to take stock of your own conduct.  You're 35.  And

21   there are consequences when you engage in criminal conduct.

22             And I do think that deterrence to others in this

23   kind of a case is important, where you do have other

24   recruiters doing it, a company doing it and basically

25   defrauding the government, but more importantly sending --

1    potentially sending people overseas that are unqualified and

2    hoping that there's a failsafe system with this additional

3    training and relying on that.

4         I do think that you do need to do something about

5    your working.  You've spent four years not working.

6    Actually, almost five.

7         So this is a sentence that is within the

8    sentencing guidelines.  And I will put it more formally.

9         But basically, what I'm going to do is I'm going

10   to sentence you to -- take the eight months, four months in

11   jail and four months in a community correctional facility.

12   As to the community correctional facility, there may be some

13   issue about where they can send you if the live in the

14   Eastern District of Virginia.  But I'm sure they'll come up

15   with something.

16        They require you to work.  So you will -- in that,

17   at the community correctional facility, they will require

18   you to get a job.  It may not be your ultimate job.  They

19   may send you to something that you have better

20   qualifications or aspirations.  But it will at least get you

21   moving, and it will get you into the marketplace of getting

22   a job.

23        I don't think you can spend the rest of your life

24   doing video games, having family members support you.  You

25   need to be able to support yourself; and you have at various

1    times.

2            So I think it is within the guidelines.  But I

3    think hopefully the four months you'll spend some time

4    thinking about -- I don't believe you have -- I'm not sure

5    how much credit there is for time served.  I don't think

6    you've served any time.  So the Bureau of Prisons is not

7    going to give you anything in terms of credit.  But they

8    make that decision, not me.

9            Pursuant to the Sentencing Reform Act of 1984, in

10   consideration of the provisions of 18 USC 3553 as well as

11   the advisory sentencing guidelines, it is the judgment of

12   the Court that you, Abdul Aman, are hereby committed to the

13   custody of the Bureau of Prisons for a term of four months

14   on Count 1.  You are further sentenced to serve 36 months,

15   three years, as a term of supervised release as to Count 1.

16           So I'm splitting the eight months into jail time

17   and the rest of it in supervised release, where you'll be

18   doing it at the halfway house.

19           In addition, you are ordered to pay a special

20   assessment of $100.  I can't waive that.  At some point,

21   you're going to have to do it.

22           While on supervision, you shall abide by the

23   following mandatory conditions as well as the standard

24   conditions of supervision, which are imposed to establish

25   the basic expectations for your conduct while on

1    supervision.  The mandatory conditions include:  One, you

2    must not commit another federal, state or local crime; two,

3    you must not unlawfully possess a controlled substance;

4    three, you must refrain from any unlawful use of a

5    controlled substance; you must submit to a drug test within

6    15 days of placement on supervision and at least two

7    periodic drug tests thereafter as determined by the

8    probation office.

9             You also must cooperate in the collection of DNA

10   as directed by the probation office.

11            You'll comply with the following special

12   conditions:  You'll be in what they call a residential

13   reentry center.  You must reside in a residential reentry

14   center for a term of 120 days, and you have to follow their

15   rules and regulations of the center.

16            Let me just say that they don't give you any

17   leeway.  You'll be sent out to work or they'll find you a

18   job.  If they tell you to come back at 6:00, you have to

19   come back at 6:00.  You can't not pay attention or they'll

20   kick you out and you'll wind up spending the time locked up,

21   not in the residential thing.  So excuses are not going to

22   work.

23            They're very strict.  They expect everybody to

24   follow it.  If for some reason something comes up, you can

25   call and let them know you're going to be late.  It may

1   work; it may not.  But don't just walk away because then you

2   wind up with a new charge.  Forget spending the extra four

3   months in jail.

4        So take this seriously.  When you first start,

5   they'll go through what your conditions are.  You can spend

6   time out looking for a job.  If you comply with their

7   regulations, they will let you do visits, et cetera.  I

8   don't control that.  I'm not putting any additional -- any

9   restrictions on what they normally do.  But you need to pay

10  attention to them.  Excuses are not going to work.  They

11  just don't accept them.

12        And they -- and the consequence for you is,

13  instead of being in the residential facility, you'll be back

14  in jail.  So I'm warning you now to pay attention to it.

15        Substance abuse testing:  You must submit to

16  substance abuse testing to determine if you have used a

17  prohibited substance.  You must not attempt to obstruct or

18  tamper with the testing methods.

19        They may do some additional testing for alcohol

20  just based on your past experience.  You've indicated you

21  haven't been drinking since 2014, so it may not be an issue.

22  But they certainly will do the drug test.

23        I'm not going to put any community service.  I

24  want you focused on getting a job.  I want your total

25  attention to that.

54

1            You must participate in an educational and/or

2     vocational services program.  Again, follow the rules and

3     regulations of the program.  Such program may include job

4     readiness training and skill development training.

5            I will not put it as a condition, but I think you

6     should consider, although you may have learned English

7     through movies, you're actually fairly proficient and you

8     have a good vocabulary.  You should get some training and

9     get your GED at your high school; if nothing else, for

10    yourself, for your own pride.  It also will make things much

11    easier for you to get a job if you've got the equivalent of

12    high school.

13           But I'm not going to make it a condition.  You

14    figure out with Probation what you want in job readiness.

15    It may be better to do that and focus on that and your GED

16    at a later point.  But I want you either in training or

17    working.

18           I'll find that you don't have the ability to pay a

19    fine, and therefore waive the imposition of a fine in this

20    case.

21           The financial obligation is immediately payable to

22    the Clerk of the Court of the US District Court here.

23    Within 30 days of any change of address, you'll notify the

24    Clerk of the Court of the change until such time as the

25    financial obligation is paid in full.  That's the $100.  As

1   I said, I can't waive it; but you can pay it at some point

2   over the period of time that you're under supervision.

3           It is further ordered that the sealing order

4   previously entered in this case is hereby vacated and the

5   case is unsealed effective today, not to include the

6   sentencing hearing.

7           So it'll include the judgment going forward, which

8   says nothing about cooperation.

9           The probation office shall release the presentence

10  investigation report to all appropriate agencies, which

11  includes the US Probation Office, in the approved district

12  of residence and in order to execute the sentence of the

13  Court.

14          Treatment agencies shall return the presentence

15  report to the probation office on the Defendant's completion

16  or termination from treatment.

17          I will not switch his probation to another place

18  like Virginia until he has satisfied me that he's going to

19  be able to follow the conditions.  So he needs to start in

20  DC; and then if it all looks like it's ready, then I'll

21  consider transferring it if he lives someplace else.  But I

22  don't want it right off the bat.  I want to make sure he's

23  complying to start with and that he gets the assistance

24  here.  Our probation office does a very good job of getting

25  people jobs and stuff.  They're not as familiar with

1    Virginia.

2              In terms of notice of appeal, you have a right to

3    appeal the sentence imposed if the period of imprisonment is

4    longer than the statutory maximum, which it's not in this

5    case, or if the sentence departs upward from the applicable

6    sentencing guidelines, which it doesn't either.

7              There may be a few other areas where you could

8    appeal.  If you choose to do so, you have to do so within 14

9    days after I enter judgment.

10             As defined in 28 USC 2255, you have the right to

11   challenge the conviction entered or sentence imposed if new

12   and currently unavailable information becomes available to

13   you or if you make a claim that you received ineffective

14   assistance of counsel in entering the plea to the offense of

15   conviction or in connection with the sentencing.

16             If you're unable to afford the cost of an appeal,

17   you can request permission from the Court to file it without

18   cost to you.  You can also request that counsel be appointed

19   for you.

20             Now, the final notice, which I need to give you

21   based on a recent case in 2016, is whether there are any

22   objections to the sentence imposed that haven't already been

23   discussed.  So if there's something else that needs to be

24   brought up, you need to do so now.

25             I will allow you to voluntarily surrender.  So I'm

1    not going to step you back today, which means you're not

2    getting locked up today.  You need to follow your pretrial

3    services conditions while you wait to be told by the Bureau

4    of Prisons where to go.  Okay?

5          You have the pretrial services.  They may also

6    contact you, so you need to pay attention to them.  You've

7    got two masters here:  pretrial services and following the

8    conditions you've been following.  And then Probation will

9    contact you about where to go and other things, and you need

10   to just make sure you follow through with that.  They'll

11   both contact you.

12         But pretrial you already know.  Probation may

13   have some other things, and they will assist you to getting

14   to the Bureau of Prisons wherever they decide to place you.

15   It may be more local because it's only four months or it may

16   not.  But it's the Bureau of Prisons that makes that

17   decision, not me.  I don't know how long they're doing it

18   these days in terms of designations.

19         Do you know?

20         THE PROBATION OFFICER:  Generally four to six

21   weeks, your Honor.

22         THE COURT:  So you have four to six weeks to get

23   your act together, get things ready.  Don't create

24   additional problems for yourself.  Make sure you stay in

25   compliance.

1          Are there any questions?

2          Government, anything else you want to bring up?

3          MR. McCARTHY:  No, your Honor.

4          THE COURT:  Counsel?

5          MR. COWDEN:  Your Honor, two things.

6          Could we ask the Court to request a designation in

7   Cumberland?

8          THE COURT:  Sure.  I don't have any problem with

9   that.

10          MR. COWDEN:  Also, your Honor, could we ask the

11   Court to stay the unsealing of the case for 60 days?  That

12   would allow Mr. Aman to get to the Bureau of Prisons for the

13   designation.

14          During the course of this case, he has received

15   threats from people in the Afghan community who were

16   concerned that he was cooperating with the Government and

17   was talking to them about what other Afghanis may or may not

18   have done in the context of this.  He's concerned about not

19   just his safety, but his family's safety, given that.

20          THE COURT:  Oh, stay the unsealing.  Yes.  I don't

21   have a problem.

22          MR. COWDEN:  For 60 days.  That will give him a

23   chance to get to the Bureau of Prisons.  In my experience as

24   well, it's about 30 to 60 days to report.

25          THE COURT:  I don't think that's a problem.  It's

1    the clerk's office that does it.

2           The judgment -- the only thing you should be aware

3    of -- and this is where -- I will raise this with you:  The

4    judgment order that goes to the Bureau of Prisons will have

5    a designation that it's under seal, because that means they

6    can't discuss it.

7           But it also means that the Bureau of Prisons gets

8    it with the under-seal designation.  And obviously, the

9    fewer people who have the judgment with the under-seal -- I

10   would say one other thing that you should know, and it

11   hasn't happened recently because the Court has spoken to the

12   Bureau of Prisons about this.  But other -- usually, it's

13   been in, frankly, international drug cartel cases and not

14   something like this.  But I'll raise it anyway:

15          Other inmates have requested that the new person

16   coming get a copy of the transcript of the sentence.  Should

17   that happen, do not do that.  Contact your attorney.

18   Contact me.  One will be provided that is redacted, that has

19   nothing about your cooperation.

20          But the Bureau of Prisons, I think, has managed to

21   stop this.  But for some reason it comes up.  Don't say

22   anything about your cooperation.  There's nothing in the

23   paperwork that they're going to get that'll say anything

24   about cooperation.  The judgment doesn't include that.  The

25   presentence report doesn't include that.  So there's not

1    going to be anything.

2              And even if you didn't stay it for the 60 days,

3    all of the earlier material, including the discussion today,

4    is all remaining under seal.  So that's not going to be

5    open.  I just raised the other issue because we've had on

6    and off a few problems with it.  Let your lawyer know if

7    there's any issue that comes up.  We'll take care of it at

8    this end.

9              But I think he should consider whether -- I mean,

10   they are supposed to keep it.  But it may work in the Bureau

11   of Prisons offices.  I'm giving you a practical

12   consideration.

13             MR. COWDEN:  The Court's indulgence.

14             (Discussion had off the record between counsel.)

15             THE COURT:  Maybe Probation has a thought on this.

16             Let me see -- do you have a thought on how to do

17   this?

18             THE PROBATION OFFICER:  Just a question, your

19   Honor:  I wondered if the clerk's office is able to just

20   automatically unseal the case in 60 days, or are they

21   triggered to do that or do they need a motion from

22   counsel --

23             THE COURT:  No.  They don't need it from counsel.

24   I'll talk to Ms. Patterson about how to do it so that it's

25   done automatically.

1          THE PROBATION OFFICER:  Perfect.  Thank you, your

2    Honor.

3          THE COURT:  But there's still the question of

4    whether you want -- it's up to you.  I'm raising a practical

5    issue with you.

6          MR. COWDEN:  Please give me ten seconds.  I'll

7    have an answer, your Honor.

8          THE COURT:  No problem.

9          MR. COWDEN:  (Confers with the Defendant

10   privately.)

11          Your Honor, I did speak to the Government about --

12   so the Government's indicating they're not going to do a

13   press release.  I think that his concern was doing a press

14   release while he's in the community.  If they're not doing

15   that until he's out of the community, then we believe that

16   the Court's recommendation that the case go to the Bureau of

17   Prisons without a sealing is better.  So I would request

18   that.

19          THE COURT:  I would recommend that.  I would

20   recommend that, particularly with such a short sentence.

21          MR. COWDEN:  It makes sense.  It's just that what

22   he's concerned about is what's going to happen to him and

23   the family while he's still there.  As soon as he's out of

24   the community for a period of --

25          THE COURT:  They don't send you the notice.  They

1   send it to Probation, who then contacts you to tell you

2   where to go.  And they can, I think, assist you in terms of

3   getting there in terms of a way of getting transportation to

4   get there.  It's not something -- if it's not something

5   that's immediately close.

6           I'll recommend Cumberland.  I don't have a

7   problem.  But there's nothing to say that they're going to

8   follow my recommendation.  But it's a different kind of

9   offense, and it should be -- he's not going to be precluded

10  from going there.  It's a short offense.  So they'll likely

11  keep it close by unless they've got other issues that will

12  come up with it.

13          So we'll leave it that it will be unsealed

14  starting with the judgment.  Everything else will remain

15  sealed.

16          MR. COWDEN:  Thank you, your Honor.

17          THE COURT:  Anything else that we need to talk

18  about?

19          MR. COWDEN:  Your Honor, I do want to thank the

20  Court for the amount of time it spent at the sentencing and

21  all the considerations that the Court discussed.  It's been

22  my experience -- it was my experience today that you put a

23  bit more time and thought into this sentence than some other

24  sentences that I've attended in other jurisdictions.  And I

25  appreciate it.

1          THE COURT:  All right.  So you're not going to do

2     press releases or anything?

3          MR. McCARTHY:  No, your Honor.

4          THE COURT:  It would be helpful if you're going to

5     do anything that it be done well after.

6          MR. McCARTHY:  There won't be anything for this

7     case, your Honor, for the reasons stated.

8          THE COURT:  The reasons that we talked about.

9     Okay.

10          MR. McCARTHY:  I do need to dismiss the

11     indictment.

12          THE COURT:  The document.

13          MR. McCARTHY:  He pled to an information, so I'll

14     dismiss the indictment, Counts 1 and 2.

15          THE COURT:  So Counts 1 and 2 of the indictment

16     are dismissed.

17          The parties are excused.

18          Mr. Aman, I don't want to see you back here unless

19     it's something happy, but not because you're in any kind of

20     trouble.

21          Take it seriously.  Follow the conditions.  As I

22     said, both the halfway house -- you need to pay attention to

23     that.  It'll provide you supervision, structure, get you --

24     it may not get you ideal jobs, but it'll at least get you

25     out there.

```
1              Remember while you're on supervised release, if

2      you don't follow through with what you need to do, you may

3      be back in front of me or if you commit another criminal

4      offense.  So I don't want to see you back here on something

5      like that.

6              The parties are excused.

7              THE DEFENDANT:  Thank you.

8              THE COURT:  Take care.

9              MR. McCARTHY:  Thank you, your Honor.

10             THE COURT:  You should spend a few minutes talking

11     to Ms. Willett about how this is going to work in terms of

12     the notice and everything.

13             MR. COWDEN:  Thank you, your Honor.

14             MR. McCARTHY:  Thank you.

15             (Proceedings concluded.)

16

17

18

19

20

21

22

23

24

25
```

1          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10                    Dated this 5th day of February, 2020.

11

12                    <u>/s/ Lisa Edwards, RDR, CRR</u>
                      Official Court Reporter
13                    United States District Court for the
                        District of Columbia
14                    333 Constitution Avenue, NW, Room 6706
                      Washington, DC 20001
15                    (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 10:17
**$100** [3] - 4:2, 51:20, 54:25
**$2,000** [1] - 3:25
**$20,000** [1] - 3:25
**$250,000** [1] - 2:18
**$4,000** [1] - 9:11
**$40,000** [1] - 46:2
**$6.50** [1] - 13:21

## /

**/s** [1] - 65:12

## 1

**1** [24] - 2:15, 2:20, 8:22, 43:8, 43:10, 43:12, 43:15, 43:18, 43:25, 44:2, 44:5, 44:10, 44:17, 44:20, 44:23, 45:3, 45:8, 45:9, 45:12, 45:25, 51:14, 51:15, 63:14, 63:15
**1's** [3] - 43:16, 43:19, 44:4
**1-provided** [1] - 44:15
**10** [3] - 3:12, 3:22, 48:21
**100** [1] - 32:11
**11:00** [1] - 38:23
**12** [2] - 3:11, 13:3
**12-23-2014** [1] - 3:4
**120** [1] - 52:14
**13** [2] - 3:3, 13:3
**14** [5] - 13:3, 44:17, 49:11, 56:8
**1400** [1] - 1:16
**15** [2] - 13:3, 52:6
**16** [3] - 3:23, 13:4, 48:23
**17** [1] - 13:14
**1750** [1] - 1:18
**18** [3] - 39:8, 39:12, 51:10
**18-00360** [1] - 1:3
**18-360** [1] - 2:5
**1984** [1] - 51:9
**1990s** [1] - 41:9
**1995** [1] - 41:7

## 2

**2** [5] - 2:20, 43:21, 44:1, 63:14, 63:15
**20** [3] - 4:13, 30:17, 30:18
**20001** [2] - 1:24, 65:14
**20006** [1] - 1:19
**2001** [2] - 40:3, 41:14
**2004** [1] - 3:14
**2006** [2] - 40:3, 40:6
**2008** [1] - 40:8
**2009** [1] - 40:6
**2010** [2] - 3:14, 40:10
**2011** [3] - 40:8, 43:6, 44:14
**2012** [2] - 40:10, 44:14
**2014** [5] - 3:15, 4:17, 40:2, 40:22, 53:21
**2016** [3] - 30:23, 33:1, 56:21
**2017** [3] - 6:10, 9:22, 10:19
**2018** [4] - 9:22, 38:1, 38:7, 40:18
**2019** [2] - 1:6, 40:20
**202** [2] - 1:25, 65:15
**2020** [1] - 65:10
**20530** [1] - 1:16
**2255** [2] - 38:14, 56:10
**2255s** [1] - 35:4
**24th** [1] - 38:1
**25** [3] - 33:12, 38:22, 38:23
**25-mile-an-hour** [1] - 32:11
**27th** [1] - 38:7
**28** [2] - 1:6, 56:10
**29th** [1] - 44:14

## 3

**3** [1] - 21:25
**30** [3] - 29:18, 54:23, 58:24
**30th** [1] - 44:14
**32(i)(3)(A)** [1] - 4:5
**32(i)(3)(B)** [1] - 4:8
**333** [2] - 1:23, 65:14
**35** [4] - 22:2, 24:6, 39:10, 49:20
**354-3269** [2] - 1:25, 65:15
**3553** [3] - 24:13, 49:12, 51:10

**3553(a** [1] - 39:8
**36** [1] - 51:14
**3rd** [1] - 40:20

## 4

**40** [1] - 29:18
**45** [2] - 3:3, 4:11

## 5

**5K** [1] - 6:7
**5K1.1** [1] - 5:20
**5K1s** [1] - 7:8
**5th** [1] - 65:10

## 6

**60** [5] - 58:11, 58:22, 58:24, 60:2, 60:20
**6706** [2] - 1:24, 65:14
**6:00** [2] - 52:18, 52:19

## 7

**72** [1] - 4:14

## 9

**9** [3] - 4:25, 49:1, 49:10
**900** [1] - 1:19
**9:32** [1] - 1:7

## A

**a.m** [1] - 1:7
**Abdul** [2] - 2:6, 51:12
**ABDUL** [1] - 1:6
**abide** [1] - 51:22
**ability** [3] - 40:15, 54:18, 65:7
**able** [7] - 10:9, 11:9, 33:24, 48:19, 50:25, 55:19, 60:19
**absolutely** [1] - 17:1
**abuse** [3] - 40:17, 53:15, 53:16
**accept** [3] - 34:21, 36:2, 53:11
**acceptance** [2] - 3:11, 47:1
**accepted** [1] - 35:12
**accepting** [12] - 4:4, 30:4, 30:10, 30:13,

31:5, 31:12, 31:14, 31:18, 31:20, 34:8, 34:17, 48:5
**according** [1] - 46:22
**accurate** [3] - 16:13, 49:9, 65:4
**Act** [5] - 9:24, 10:4, 19:21, 19:25, 51:9
**act** [1] - 57:23
**Action** [1] - 1:3
**actions** [2] - 30:4, 34:9
**activity** [2] - 16:15, 48:8
**actual** [1] - 43:17
**addition** [3] - 39:3, 39:5, 51:19
**additional** [13] - 3:17, 5:11, 7:2, 26:16, 42:15, 42:23, 43:1, 44:11, 46:20, 50:2, 53:8, 53:19, 57:24
**address** [7] - 5:18, 6:3, 9:14, 27:13, 38:10, 44:16, 54:23
**adds** [1] - 3:16
**adjustment** [1] - 4:19
**admitted** [1] - 47:6
**adopt** [1] - 4:9
**advice** [4] - 21:12, 29:20, 29:23, 30:1
**advised** [1] - 38:19
**advisors** [1] - 6:15
**advisory** [4] - 3:10, 3:21, 39:4, 51:11
**afford** [1] - 56:16
**Afghan** [3] - 25:23, 25:25, 58:15
**Afghani** [3] - 46:6, 46:7, 48:12
**Afghanis** [1] - 58:17
**Afghanistan** [19] - 11:18, 11:25, 12:6, 12:21, 12:22, 14:2, 15:3, 15:13, 15:15, 29:7, 39:24, 41:5, 41:10, 42:9, 44:13, 46:5, 47:11, 47:14
**Afghans** [1] - 13:25
**age** [8] - 9:14, 9:15, 9:16, 10:4, 13:3, 13:4, 39:12
**agencies** [2] - 55:10, 55:14
**agents** [1] - 20:3
**ago** [3] - 6:11, 9:18, 23:24
**agree** [2] - 3:9, 22:19
**agreed** [5] - 34:18, 35:12, 38:3, 43:5,

43:7
**agreeing** [4] - 31:17, 35:10, 37:9, 48:4
**ahead** [1] - 17:3
**aid** [2] - 2:23, 2:25
**aide** [1] - 40:3
**aided** [1] - 5:12
**alcohol** [3] - 22:2, 40:21, 53:19
**allow** [2] - 56:25, 58:12
**allowing** [1] - 49:18
**almost** [2] - 9:5, 50:6
**alter** [1] - 46:15
**AMAN** [1] - 1:6
**Aman** [43] - 2:6, 2:12, 2:15, 6:19, 6:22, 10:24, 11:24, 12:19, 12:20, 16:16, 18:24, 19:8, 19:13, 20:4, 20:16, 27:13, 30:4, 31:4, 31:24, 31:25, 37:22, 37:25, 38:2, 38:8, 39:10, 40:21, 41:19, 43:4, 43:12, 43:15, 43:23, 44:16, 44:19, 44:23, 45:2, 45:8, 45:14, 45:25, 47:5, 48:11, 51:12, 58:12, 63:18
**Aman's** [8] - 8:23, 8:24, 11:16, 43:8, 43:18, 45:4, 45:11, 46:25
**AMERICA** [1] - 1:3
**amount** [1] - 62:20
**annualized** [1] - 9:5
**answer** [1] - 61:7
**answering** [1] - 35:20
**answers** [4] - 5:8, 6:20, 6:25, 7:1
**anyway** [1] - 59:14
**apartment** [3] - 13:20, 40:4, 41:24
**appeal** [4] - 56:2, 56:3, 56:8, 56:16
**appear** [1] - 18:25
**aPPEARANCES** [1] - 1:13
**applicable** [1] - 56:5
**application** [1] - 33:3
**appointed** [1] - 56:18
**appreciate** [3] - 4:21, 34:5, 62:25
**appropriate** [5] - 10:11, 24:13, 39:7, 40:16, 55:10
**appropriately** [1] - 38:20

approved [1] - 55:11
April [1] - 44:14
area [3] - 13:24, 18:5, 41:18
areas [2] - 18:23, 56:7
argue [1] - 32:19
arguments [1] - 39:5
Army [3] - 33:1, 33:4, 33:5
arrest [2] - 4:15, 40:22
arrested [1] - 22:4
arrests [1] - 39:18
aspect [1] - 30:2
aspirations [1] - 50:20
assault [2] - 39:18, 47:20
assaultive [1] - 22:20
assessment [2] - 4:1, 51:20
asset [1] - 40:12
assist [4] - 14:6, 15:7, 57:13, 62:2
assistance [5] - 2:24, 4:23, 41:21, 55:23, 56:14
assisted [1] - 6:24
assisting [1] - 14:13
associate [1] - 45:15
associates [1] - 45:4
assumes [1] - 46:20
assuming [2] - 4:15, 33:22
assumption [1] - 47:3
assured [1] - 34:13
attached [1] - 38:6
attempt [1] - 53:17
attended [1] - 62:24
attention [2] - 52:19, 53:10, 53:14, 53:25, 57:6, 63:22
Attorney [1] - 37:23
attorney [7] - 19:16, 19:17, 19:22, 29:10, 29:11, 37:23, 59:17
attorney's [2] - 29:20, 30:1
ATTORNEYS [1] - 1:14
attorneys [1] - 29:23
aunt [3] - 41:9, 41:13
automatically [2] - 60:20, 60:25
available [1] - 56:12
Avenue [3] - 1:16, 1:23, 65:14

aware [3] - 30:22, 32:8, 59:2

B

back-and-forth [1] - 37:20
backed [3] - 38:11, 38:17
background [2] - 15:3, 49:13
Baltimore [1] - 28:20
base [3] - 3:11, 44:11
based [6] - 4:23, 34:11, 42:14, 44:20, 53:20, 56:21
basement [1] - 42:4
bases [3] - 15:2, 15:7, 40:9
basic [2] - 31:1, 51:25
basis [2] - 9:5, 41:5
bat [1] - 55:22
became [1] - 37:4
becomes [1] - 56:12
BEFORE [1] - 1:10
beginning [2] - 12:19, 29:11
behalf [2] - 2:12, 43:8
behavior [1] - 22:20
behind [1] - 22:11
beneficial [1] - 6:22
benefit [1] - 28:8
best [2] - 30:1, 65:7
better [6] - 23:18, 30:15, 34:24, 50:19, 54:15, 61:17
between [3] - 41:10, 44:14, 60:14
bigger [1] - 13:25
biggest [1] - 11:24
bilingual [2] - 42:22, 47:16
Bill [1] - 37:22
billion [1] - 10:17
biographical [1] - 43:13
bit [4] - 20:14, 25:24, 62:23
body [1] - 14:5
bonus [2] - 42:18, 45:6, 45:12, 45:16
bonuses [11] - 9:4, 9:8, 9:9, 9:11, 42:11, 42:13, 44:19, 44:22, 45:24, 46:8
born [1] - 41:5
bosses [6] - 16:3,

16:5, 16:21, 17:2, 17:16, 35:19
boulder [1] - 19:9
brief [2] - 11:4, 12:9
bring [4] - 13:7, 17:10, 21:15, 58:2
bringing [2] - 16:6, 16:17
broke [1] - 30:20
brought [6] - 9:19, 9:24, 16:14, 16:18, 41:8, 56:24
building [1] - 13:21
bullet [1] - 21:1
bunch [1] - 38:6
Bureau [3] - 51:6, 51:13, 57:3, 57:14, 57:16, 58:12, 58:23, 59:4, 59:7, 59:12, 59:20, 60:10, 61:16
BY [1] - 1:21

C

camp [7] - 12:23, 12:24, 13:2, 13:8, 13:9, 18:25, 41:12
Canada [1] - 41:20
candid [2] - 21:10, 21:23
candidate [7] - 17:24, 28:5, 28:12, 44:3, 44:7, 44:9, 45:5
candidate's [9] - 43:13, 43:14, 43:17, 43:22, 43:24, 43:25, 44:6, 45:1, 45:9
candidates [13] - 9:10, 9:12, 11:14, 11:17, 12:2, 29:5, 43:9, 43:11, 44:17, 44:18, 44:20, 44:25
candidly [1] - 6:16
cannot [2] - 11:6, 33:9
capacities [1] - 18:21
car [1] - 40:13
care [3] - 17:6, 60:7, 64:8
careful [1] - 21:13
cares [1] - 30:11
carry [1] - 39:17
cartel [1] - 59:13
case [41] - 2:4, 9:14, 9:15, 9:16, 9:19, 10:5, 11:8, 12:13, 12:20, 19:18, 19:21, 19:24, 20:6, 20:10, 21:13,

21:15, 21:20, 22:5, 23:5, 23:6, 23:9, 24:25, 25:7, 25:12, 29:24, 39:5, 39:16, 39:20, 47:20, 49:9, 49:23, 54:20, 55:4, 55:5, 56:5, 56:21, 58:11, 58:14, 60:20, 61:16, 63:7
Case [1] - 2:5
cases [7] - 10:1, 10:15, 10:20, 11:22, 24:23, 39:21, 59:13
Category [7] - 3:20, 3:22, 4:11, 4:25, 48:22, 49:1, 49:11
category [4] - 4:7, 21:25, 22:11, 22:12
Catholic [3] - 13:11, 41:16
caught [6] - 20:14, 32:14, 32:15, 33:7, 33:18, 33:19
caused [2] - 19:9, 43:20
cellular [1] - 43:24
center [7] - 28:20, 28:21, 29:5, 30:7, 52:13, 52:14, 52:15
certain [3] - 33:22, 33:25, 44:24
certainly [11] - 7:23, 16:17, 16:20, 18:17, 19:8, 21:8, 24:20, 34:15, 35:16, 46:25, 53:22
CERTIFICATE [1] - 65:1
certify [1] - 65:4
cetera [1] - 53:7
challenge [1] - 56:11
chance [1] - 58:23
change [5] - 4:7, 28:13, 28:15, 54:23, 54:24
changed [1] - 3:6
changing [1] - 28:1
channels [1] - 33:12
charge [1] - 53:2
charged [1] - 33:14
charges [1] - 3:18
Charities [1] - 41:17
charity [1] - 13:11
cheat [1] - 11:25
cheating [9] - 8:18, 8:20, 8:22, 8:23, 8:25, 9:3, 10:23, 10:25, 12:2
checked [1] - 21:22
checks [2] - 45:12,

45:17
children [2] - 12:25, 41:19
choose [1] - 56:8
Christmas [1] - 14:18
CIA [1] - 29:13
circles [1] - 19:1
circumstances [2] - 14:3, 14:14
circumvent [1] - 11:9
citizen [1] - 39:11
citizens [2] - 9:12, 46:6
city [1] - 13:7
City [5] - 17:13, 17:14, 19:1, 19:6, 35:25
civil [1] - 40:13
claim [1] - 56:13
claiming [1] - 45:6
Claims [2] - 19:21, 19:25
clean [1] - 19:9
clean-out [1] - 19:9
cleaned [1] - 19:11
clear [1] - 20:20
clearance [1] - 29:2
clearances [1] - 18:4
Clerk [2] - 54:22, 54:24
clerk's [2] - 59:1, 60:19
close [5] - 30:19, 45:4, 45:15, 62:5, 62:11
clothing [1] - 30:17
Co [10] - 43:7, 43:10, 43:12, 43:16, 43:19, 43:25, 44:4, 44:5, 44:9, 44:17
co [4] - 16:7, 42:12, 43:7, 44:5
Co-Conspirator [10] - 43:7, 43:10, 43:12, 43:16, 43:19, 43:25, 44:4, 44:5, 44:9, 44:17
co-conspirator [1] - 44:5
co-conspirators [2] - 42:12, 43:7
co-workers [1] - 16:7
collected [1] - 43:23
collection [1] - 52:9
COLLEEN [1] - 1:10
college [2] - 33:4, 33:5
Columbia [2] - 1:23, 65:13

**COLUMBIA** [2] - 1:1, 1:15

**combat** [2] - 12:6, 42:9

**comfortable** [1] - 48:13

**coming** [6] - 15:19, 17:4, 23:24, 23:25, 34:14, 59:16

**comment** [1] - 24:9

**Commission** [1] - 26:17

**commit** [2] - 52:2, 64:3

**committed** [1] - 51:12

**community** [15] - 7:25, 13:25, 24:11, 25:24, 25:25, 48:12, 48:14, 50:11, 50:12, 50:17, 53:23, 58:15, 61:14, 61:15, 61:24

**companies** [2] - 10:19, 11:7

**company** [16] - 9:9, 9:11, 11:10, 17:5, 28:3, 30:5, 30:17, 32:8, 32:21, 34:9, 46:23, 46:24, 48:20, 49:24

**Company** [2] - 28:25, 29:6

**competent** [1] - 38:19

**complete** [1] - 65:6

**completed** [1] - 39:19

**completion** [1] - 55:15

**complex** [2] - 13:21, 40:4

**compliance** [2] - 2:22, 57:25

**compliant** [1] - 22:5

**comply** [2] - 52:11, 53:6

**complying** [2] - 47:23, 55:23

**component** [1] - 24:12

**computer** [3] - 15:22, 15:23, 43:20

**concept** [2] - 19:20, 20:11

**concern** [5] - 12:5, 24:10, 32:3, 37:7, 61:13

**concerned** [7] - 20:24, 26:22, 26:23, 29:22, 31:4, 37:5,

58:16, 58:18, 61:22

**concerning** [1] - 10:8

**conclude** [1] - 49:2

**concluded** [2] - 36:9, 64:15

**condition** [4] - 40:12, 41:2, 54:5, 54:13

**conditions** [9] - 51:23, 51:24, 52:1, 52:12, 53:5, 55:19, 57:3, 57:8, 63:21

**conduct** [18] - 16:10, 33:17, 33:18, 34:12, 36:21, 36:24, 36:25, 37:3, 42:7, 42:20, 46:25, 48:5, 48:6, 49:18, 49:19, 49:20, 49:21, 51:25

**conducting** [1] - 28:21

**confers** [1] - 61:9

**conformance** [1] - 39:7

**confused** [1] - 23:4

**Congress** [1] - 9:25

**congressional** [1] - 10:3

**connection** [1] - 56:15

**consequence** [1] - 53:12

**consequences** [6] - 33:16, 33:18, 33:19, 35:13, 36:23, 49:21

**consider** [5] - 34:16, 48:11, 54:6, 55:21, 60:9

**considerable** [1] - 16:16

**consideration** [2] - 51:10, 60:12

**considerations** [1] - 62:21

**considers** [1] - 39:4

**conspiracy** [4] - 2:16, 43:4, 45:20, 45:22

**Conspirator** [10] - 43:7, 43:10, 43:12, 43:16, 43:19, 43:25, 44:4, 44:5, 44:9, 44:17

**conspirator** [1] - 44:5

**conspirators** [2] - 42:12, 43:7

**constitutes** [1] - 65:4

**Constitution** [2] - 1:23, 65:14

**contact** [7] - 28:14, 41:7, 57:6, 57:9, 57:11, 59:17, 59:18

**contacts** [1] - 62:1

**context** [3] - 6:21, 8:14, 58:18

**continued** [1] - 41:10

**continues** [1] - 10:25

**contract** [4] - 10:18, 10:24, 17:20, 19:10

**contracting** [4] - 10:15, 11:3, 41:25, 48:20

**contractor** [7] - 5:3, 5:6, 5:15, 15:2, 17:19, 42:11, 44:11

**Contractor** [14] - 8:21, 43:15, 43:18, 43:21, 44:1, 44:2, 44:15, 44:20, 44:23, 45:3, 45:7, 45:9, 45:12, 45:25

**contractors** [3] - 11:5, 19:7, 24:11

**control** [4] - 11:7, 22:23, 22:25, 53:8

**controlled** [2] - 52:3, 52:5

**controls** [5] - 11:10, 11:13, 11:21, 11:22, 12:1

**convicted** [1] - 36:20

**conviction** [4] - 26:20, 39:13, 56:11, 56:15

**convictions** [5] - 39:14, 47:18, 47:21, 49:4

**cooperate** [6] - 9:21, 20:5, 20:20, 23:16, 48:2, 52:9

**cooperated** [2] - 22:10, 26:1

**cooperating** [1] - 58:16

**cooperation** [21] - 5:2, 7:8, 7:23, 8:5, 8:9, 20:11, 20:18, 21:3, 25:1, 25:11, 25:18, 25:21, 26:13, 26:22, 26:24, 48:25, 55:8, 59:19, 59:22, 59:24

**cooperative** [1] - 21:6

**cooperators** [1] - 20:16

**copy** [1] - 59:16

**core** [1] - 34:17

**correct** [1] - 4:18

**correctional** [3] - 50:11, 50:12, 50:17

**cost** [2] - 56:16, 56:18

**counsel** [12] - 2:7, 5:23, 6:23, 6:24, 35:1, 38:19, 56:14, 56:18, 58:4, 60:14, 60:22, 60:23

**Count** [3] - 2:15, 51:14, 51:15

**country** [7] - 13:10, 14:15, 15:5, 16:1, 30:20, 30:21, 46:7

**Counts** [3] - 2:19, 63:14, 63:15

**course** [9] - 24:25, 27:5, 30:14, 31:7, 32:25, 37:11, 58:14

**court** [1] - 7:24

**COURT** [64] - 1:1, 2:1, 2:4, 2:13, 4:21, 6:5, 7:5, 7:7, 7:12, 7:23, 8:2, 8:11, 12:14, 12:17, 18:12, 18:14, 21:16, 22:18, 23:15, 24:16, 24:19, 25:4, 26:3, 26:25, 27:6, 27:11, 27:13, 29:22, 30:13, 31:4, 31:9, 31:23, 32:5, 33:16, 35:1, 35:20, 36:7, 36:9, 36:12, 37:5, 37:12, 37:17, 38:21, 38:25, 39:3, 57:22, 58:4, 58:8, 58:20, 58:25, 60:15, 60:23, 61:3, 61:8, 61:19, 61:25, 62:17, 63:1, 63:4, 63:8, 63:12, 63:15, 64:8, 64:10

**Court** [25] - 1:22, 1:22, 7:3, 9:7, 22:9, 26:16, 27:14, 32:3, 34:15, 38:2, 39:4, 42:21, 51:12, 54:22, 54:24, 55:13, 56:17, 58:6, 58:11, 59:11, 62:20, 62:21, 65:12, 65:13

**Court's** [2] - 60:13, 61:16

**COURTROOM** [1] - 2:5

**COWDEN** [34] - 1:17, 1:18, 2:3, 2:11, 12:16, 12:18, 18:13, 18:16, 21:17, 22:21, 23:22, 24:18, 24:22, 25:20, 26:21, 27:8, 27:12,

31:22, 31:24, 35:15, 35:22, 36:8, 36:11, 36:15, 58:5, 58:10, 58:22, 60:13, 61:6, 61:9, 61:21, 62:16, 62:19, 64:13

**Cowden** [3] - 2:12, 6:14, 37:21

**create** [1] - 57:23

**credit** [4] - 10:4, 48:2, 51:5, 51:7

**crime** [1] - 52:2

**criminal** [21] - 2:5, 2:15, 3:13, 3:19, 4:6, 4:10, 20:15, 20:16, 21:24, 22:10, 22:11, 33:17, 33:18, 37:22, 39:12, 42:1, 48:4, 48:8, 49:7, 49:21, 64:3

**Criminal** [9] - 1:3, 3:20, 3:22, 4:5, 4:8, 4:25, 48:22, 49:1, 49:10

**CRIMINAL** [1] - 1:15

**CRR** [3] - 1:21, 65:3, 65:12

**Crystal** [5] - 17:13, 17:14, 19:1, 19:6, 35:25

**culture** [2] - 15:5, 15:9

**Cumberland** [2] - 58:7, 62:6

**Cummings** [4] - 37:22, 37:25, 38:5, 38:9

**curiosity** [1] - 8:2

**curious** [4] - 5:18, 6:1, 7:7, 7:18

**custodian** [1] - 13:20

**custody** [2] - 3:23, 51:13

**customs** [1] - 15:5

**cutting** [1] - 14:7

# D

**danger** [2] - 26:23, 28:19

**dangerous** [4] - 15:17, 22:15, 22:19, 47:22

**dangerousness** [1] - 22:13

**Dari** [1] - 14:22

**date** [1] - 43:14

**Dated** [1] - 65:10

**days** [11] - 38:8,

52:6, 52:14, 54:23, 56:9, 57:18, 58:11, 58:22, 58:24, 60:2, 60:20
**DC** [8] - 1:6, 1:16, 1:19, 1:24, 14:16, 55:20, 65:14
**dead** [1] - 14:10
**deal** [2] - 34:22, 38:11
**dealing** [1] - 35:11
**decent** [1] - 33:6
**decide** [3] - 5:20, 35:5, 57:14
**decides** [1] - 13:23
**decision** [2] - 51:8, 57:17
**Defendant** [16] - 1:7, 4:15, 5:16, 5:23, 10:7, 11:12, 41:14, 41:23, 42:3, 42:8, 42:18, 42:19, 43:7, 44:7, 46:22, 61:9
**DEFENDANT** [10] - 1:17, 27:19, 30:12, 30:14, 31:7, 31:21, 32:25, 34:20, 37:11, 64:7
**defendant's** [1] - 24:14
**Defendant's** [9] - 2:25, 5:1, 5:8, 5:12, 8:15, 8:16, 25:1, 27:10, 55:15
**defendants** [1] - 10:4
**defense** [2] - 5:23, 37:23
**defined** [1] - 56:10
**defraud** [1] - 2:16
**defrauding** [1] - 49:25
**degree** [2] - 34:1, 47:1
**delay** [1] - 37:7
**demonstrate** [1] - 37:2
**demonstrated** [1] - 22:10
**deny** [1] - 8:4
**departs** [1] - 56:5
**departure** [4] - 2:24, 4:23, 5:20, 5:21
**deploy** [2] - 15:8, 18:23
**deployment** [1] - 44:12
**DEPUTY** [1] - 2:5
**described** [1] - 46:1
**describes** [1] - 5:1
**designation** [4] -

58:6, 58:13, 59:5, 59:8
**designations** [1] - 57:18
**detail** [1] - 17:17
**detailed** [1] - 31:15
**details** [2] - 7:4, 35:3
**deter** [1] - 10:12
**determine** [2] - 42:16, 53:16
**determined** [1] - 52:7
**determining** [1] - 39:6
**deterrence** [5] - 10:14, 24:16, 27:5, 49:17, 49:22
**deterrent** [1] - 11:1
**development** [1] - 54:4
**died** [3] - 14:2, 14:11, 41:6
**different** [8] - 15:7, 18:21, 28:22, 30:16, 37:6, 45:3, 62:8
**difficult** [6] - 6:9, 9:17, 10:2, 10:20, 32:2, 36:22
**diminishes** [1] - 8:9
**diminishing** [1] - 7:17
**direct** [1] - 45:14
**directed** [1] - 52:10
**directly** [1] - 38:9
**disclose** [2] - 21:14
**disclosed** [2] - 16:12, 35:18
**disclosures** [1] - 8:6
**discount** [2] - 30:17, 30:18
**discovery** [1] - 38:6
**discuss** [2] - 7:16, 59:6
**discussed** [3] - 49:12, 56:23, 62:21
**discussion** [5] - 23:23, 25:17, 26:11, 60:3, 60:14
**discussions** [1] - 26:23
**dismiss** [2] - 63:10, 63:14
**dismissed** [4] - 2:19, 39:20, 39:22, 63:16
**disobeying** [1] - 14:9
**dissuaded** [1] - 46:24
**distress** [1] - 40:25
**district** [2] - 55:11, 65:13

**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**District** [5] - 1:22, 1:23, 50:14, 54:22, 65:13
**distrust** [1] - 25:24
**diversion** [2] - 39:19, 47:20
**DIVISION** [1] - 1:15
**DNA** [1] - 52:9
**document** [1] - 63:12
**documents** [3] - 5:5, 5:10, 10:21
**done** [12] - 18:4, 18:6, 22:9, 23:13, 28:19, 34:24, 35:23, 38:16, 58:18, 60:25, 63:5
**double** [1] - 9:6
**doubt** [2] - 10:24, 36:24
**down** [6] - 6:22, 14:24, 21:1, 32:15, 36:18, 38:14
**downward** [4] - 2:24, 4:22, 5:20, 5:21
**drinking** [1] - 53:21
**driving** [13] - 3:15, 3:16, 22:17, 22:18, 31:2, 34:1, 39:14, 40:22, 47:19, 47:22, 49:2, 49:5, 49:6
**driving-while-intoxicated** [1] - 39:14
**drowned** [1] - 14:3
**drug** [4] - 52:5, 52:7, 53:22, 59:13
**drunk** [7] - 22:17, 22:18, 34:1, 47:19, 47:22, 49:2, 49:5
**during** [9] - 10:1, 38:1, 41:6, 43:11, 43:21, 43:25, 45:7, 46:6, 58:14

## E

**e)** [1] - 39:9
**early** [2] - 26:22, 35:17
**easier** [3] - 25:16, 26:18, 54:11
**easily** [1] - 11:9
**Eastern** [1] - 50:14
**education** [7] - 12:21, 16:1, 39:23, 39:24, 48:16, 48:19, 49:15
**educational** [1] -

54:1
**EDVA** [1] - 37:24
**EDWARDS** [2] - 1:21, 65:3
**Edwards** [1] - 65:12
**effect** [1] - 11:1
**effective** [1] - 55:5
**eight** [5] - 14:12, 45:10, 49:11, 50:10, 51:16
**either** [7] - 22:16, 24:3, 25:18, 39:24, 46:6, 54:16, 56:6
**email** [9] - 17:11, 17:16, 17:19, 35:18, 35:23, 35:24, 38:9, 43:12, 44:15
**emailed** [1] - 38:8
**emotional** [1] - 40:24
**employed** [3] - 4:15, 11:15, 40:2
**employee** [1] - 8:17
**employer** [4] - 23:4, 23:8, 33:14, 42:11
**employment** [8] - 4:14, 20:9, 24:2, 24:7, 33:21, 36:22, 40:2, 45:7
**enable** [1] - 43:10
**encourage** [1] - 11:7
**end** [5] - 2:20, 9:22, 12:4, 21:20, 60:8
**ends** [1] - 15:14
**engage** [2] - 11:6, 49:21
**engaged** [1] - 48:4
**engages** [1] - 38:12
**engaging** [1] - 49:19
**English** [7] - 13:16, 13:20, 14:24, 14:25, 32:1, 54:6
**enter** [3] - 43:19, 48:1, 56:9
**entered** [2] - 55:4, 56:11
**entering** [1] - 56:14
**entitled** [2] - 9:5, 44:23
**enumerated** [2] - 24:22, 24:23
**equivalent** [1] - 54:11
**ESQ** [2] - 1:14, 1:17
**essay** [1] - 18:3
**essential** [1] - 48:10
**essentially** [4] - 12:20, 14:12, 37:4, 38:10
**establish** [1] - 51:24
**et** [1] - 53:7

**eventually** [3] - 19:10, 20:19, 21:22
**everywhere** [1] - 33:10
**evidence** [3] - 8:23, 11:16, 11:23
**evidently** [2] - 39:25, 41:17
**example** [1] - 30:18
**examples** [1] - 45:18
**except** [2] - 4:9, 39:9
**excuse** [4] - 31:12, 32:9, 46:25, 47:4
**excused** [2] - 63:17, 64:6
**excuses** [3] - 34:14, 52:21, 53:10
**execute** [1] - 55:12
**execution** [1] - 45:18
**exhibit** [1] - 39:17
**exist** [1] - 28:2
**expect** [4] - 14:15, 15:8, 36:17, 52:23
**expectations** [1] - 51:25
**expected** [1] - 7:19
**expense** [1] - 42:17
**experience** [6] - 20:15, 20:16, 53:20, 58:23, 62:22
**explain** [2] - 17:17, 36:4
**explained** [1] - 29:10
**explaining** [1] - 29:24
**explanation** [2] - 8:17, 37:7
**extent** [2] - 4:6, 22:24
**extra** [1] - 53:2
**eyed** [1] - 8:17
**eyes** [1] - 14:8

## F

**facilities** [2] - 18:1, 42:21
**facility** [7] - 13:18, 42:16, 46:14, 50:11, 50:12, 50:17, 53:13
**fact** [12] - 4:4, 6:18, 7:13, 8:22, 11:17, 35:16, 37:2, 44:3, 46:9, 46:15, 46:22, 47:4
**factor** [2] - 7:20, 9:15
**factors** [3] - 24:17, 39:8, 49:12
**facts** [1] - 37:2

**failed** [3] - 11:19, 12:1, 42:17
**failsafe** [1] - 50:2
**failure** [1] - 39:17
**fair** [2] - 19:14, 39:6
**fairly** [2] - 31:15, 54:7
**faked** [2] - 11:24, 42:12
**falls** [1] - 49:3
**False** [2] - 19:21, 19:25
**false** [6] - 44:24, 45:6, 45:8, 45:11, 45:13, 45:14
**falsely** [1] - 45:2
**falsified** [1] - 44:21
**familiar** [2] - 20:10, 55:25
**familiarity** [1] - 21:11
**family** [10] - 14:1, 14:11, 15:16, 30:19, 41:13, 42:4, 45:4, 45:15, 50:24, 61:23
**family's** [1] - 58:19
**far** [2] - 36:12, 36:16
**Farsi** [1] - 14:22
**fashion** [1] - 31:25
**fast** [1] - 21:16
**father** [2] - 14:12, 41:7
**fault** [2] - 31:19, 34:6
**FBI** [1] - 29:12
**February** [1] - 65:10
**Federal** [2] - 4:5, 4:7
**federal** [3] - 15:1, 20:15, 52:2
**Fedsys** [13] - 8:18, 8:21, 9:12, 15:11, 15:14, 15:20, 17:12, 17:16, 19:5, 19:7, 19:9, 19:11
**fellow** [1] - 9:2
**felony** [2] - 34:22, 36:21
**felt** [1] - 8:7
**few** [4] - 38:8, 56:7, 60:6, 64:10
**fewer** [1] - 59:9
**fiancée** [2] - 40:14, 41:20
**field** [1] - 11:2
**fifteen** [1] - 16:14
**figure** [4] - 16:23, 16:24, 24:3, 54:14
**figures** [1] - 16:7
**file** [1] - 56:17
**fills** [1] - 26:16
**final** [1] - 56:20
**financial** [6] - 12:12,

40:12, 40:15, 41:21, 54:21, 54:25
**financially** [1] - 40:14
**findings** [2] - 4:4, 4:7
**fine** [10] - 2:18, 3:25, 5:25, 7:5, 12:13, 26:21, 27:3, 40:15, 54:19
**fingers** [1] - 14:7
**finish** [1] - 33:4
**fire** [1] - 16:5
**fired** [6] - 16:23, 17:8, 18:25, 19:14, 19:15, 35:18
**fires** [2] - 19:5, 19:7
**first** [9] - 15:1, 15:21, 15:24, 18:18, 19:17, 20:2, 29:12, 45:19, 53:4
**five** [8] - 2:17, 12:25, 13:1, 13:9, 37:12, 41:13, 41:17, 50:6
**flagrant** [1] - 8:24
**fled** [1] - 15:15
**flees** [1] - 14:11
**Florida** [1] - 17:12
**fluent** [1] - 40:1
**focus** [2] - 21:24, 54:15
**focused** [1] - 53:24
**folder** [1] - 29:15
**follow** [11] - 27:23, 30:16, 52:14, 52:24, 54:2, 55:19, 57:2, 57:10, 62:8, 63:21, 64:2
**following** [10] - 10:14, 28:6, 29:20, 29:25, 39:2, 39:6, 51:23, 52:11, 57:7, 57:8
**followup** [1] - 17:25
**followups** [1] - 16:20
**food** [1] - 13:7
**foods** [1] - 15:9
**footnote** [1] - 11:12
**FOR** [5] - 1:1, 1:14, 1:15, 1:17, 1:20
**forces** [1] - 42:9
**foregoing** [1] - 65:4
**forget** [1] - 53:2
**forgets** [1] - 14:18
**form** [1] - 42:7
**formally** [1] - 50:8
**former** [1] - 37:23
**forth** [2] - 17:7, 37:20
**forward** [7] - 7:14, 25:7, 25:12, 25:16, 26:18, 47:12, 55:7

**four** [16] - 3:17, 12:23, 13:2, 13:9, 33:4, 39:18, 41:12, 50:5, 50:10, 50:11, 51:3, 51:13, 53:2, 57:15, 57:20, 57:22
**frankly** [8] - 9:20, 22:23, 31:4, 38:18, 47:1, 47:6, 48:10, 59:13
**fraud** [2] - 5:4, 10:1
**FRAUD** [1] - 1:15
**fraudulent** [2] - 16:14, 42:20
**fraudulently** [1] - 42:8
**friend** [1] - 42:5
**front** [2] - 21:20, 64:3
**frustrated** [2] - 17:11, 35:16
**frustration** [4] - 20:8, 21:18, 36:16, 36:20
**frustrations** [1] - 36:23
**full** [2] - 54:25, 65:5
**fun** [1] - 28:7
**future** [4] - 8:5, 10:12, 26:12, 36:22

### G

**games** [1] - 50:24
**garner** [1] - 3:5
**GED** [2] - 54:9, 54:15
**general** [2] - 10:14, 17:19
**generally** [2] - 41:23, 57:20
**generate** [1] - 36:5
**Georgia** [2] - 29:1
**given** [3] - 24:13, 37:20, 58:19
**global** [1] - 10:17
**goal** [3] - 16:3, 33:1, 33:3
**Government** [45] - 2:10, 5:1, 5:2, 5:5, 5:7, 5:13, 5:16, 5:22, 8:8, 8:10, 8:21, 9:20, 10:10, 10:15, 11:3, 12:8, 16:9, 16:12, 18:8, 19:25, 21:21, 23:16, 26:2, 26:7, 27:2, 28:18, 29:24, 32:18, 36:10, 43:15, 43:18, 43:21, 44:1, 44:2, 44:15, 44:20, 44:23, 45:3, 45:7, 45:9, 45:12, 45:25,

48:24, 58:16, 61:11
**government** [14] - 5:3, 5:6, 5:14, 11:2, 11:5, 25:25, 42:11, 42:16, 42:17, 46:13, 46:17, 47:3, 49:25, 58:2
**GOVERNMENT** [1] - 1:14
**Government's** [13] - 2:23, 4:22, 5:19, 5:24, 6:11, 8:16, 10:5, 12:4, 21:8, 21:18, 24:10, 38:20, 61:12
**gradations** [1] - 7:12
**grade** [2] - 12:21, 12:22
**grant** [2] - 5:19
**great** [4] - 15:25, 17:17, 19:18, 20:10
**greatest** [1] - 21:19
**greed** [1] - 47:7
**group** [2] - 11:8, 17:13
**growing** [1] - 22:9
**guided** [2] - 24:14, 25:15
**guidelines** [8] - 3:10, 3:21, 5:25, 39:4, 50:8, 51:2, 51:11, 56:6
**guilty** [3] - 2:15, 37:3
**guy** [1] - 16:24

### H

**half** [1] - 9:18
**halfway** [2] - 51:18, 63:22
**hand** [1] - 48:1
**handling** [1] - 10:23
**hands** [1] - 14:7
**hang** [1] - 24:19
**happy** [1] - 63:19
**harm's** [1] - 12:7
**hat** [1] - 24:20
**health** [2] - 40:24
**healthcare** [1] - 40:3
**hear** [2] - 34:4, 34:6
**hearing** [2] - 5:22, 55:6
**HEARING** [1] - 1:10
**help** [1] - 15:3
**helpful** [4] - 5:9, 7:2, 21:23, 63:4
**hereby** [1] - 51:12, 55:4, 65:3
**hesitate** [1] - 7:3
**high** [2] - 54:9, 54:12
**highest** [1] - 7:8

**himself** [1] - 13:19
**hired** [4] - 15:20, 42:13, 42:14, 44:21
**hiring** [1] - 14:19
**History** [6] - 3:20, 3:22, 4:25, 48:22, 49:1, 49:11
**history** [10] - 3:13, 3:19, 4:6, 4:10, 21:9, 21:25, 22:11, 22:12, 39:12, 49:7
**home** [2] - 11:20, 40:3
**honest** [2] - 23:8, 26:19
**Honor** [32] - 2:2, 2:3, 2:9, 2:11, 4:19, 6:3, 12:16, 12:18, 24:25, 27:3, 27:8, 27:12, 27:20, 31:22, 34:20, 35:15, 37:11, 37:15, 57:21, 58:3, 58:5, 58:10, 60:19, 61:2, 61:7, 61:11, 62:16, 62:19, 63:3, 63:7, 64:9, 64:13
**HONORABLE** [1] - 1:10
**hopefully** [1] - 51:3
**hoping** [1] - 50:2
**hour** [1] - 13:21
**house** [2] - 51:18, 63:22
**hurdle** [1] - 11:24
**husband** [1] - 14:2
**hustle** [1] - 24:5

### I

**idea** [4] - 22:11, 32:4, 36:6, 49:7
**ideal** [1] - 63:24
**identified** [1] - 7:2
**identify** [1] - 2:7
**identifying** [1] - 5:10
**idiot** [1] - 16:6
**Ill** [7] - 3:20, 3:22, 4:11, 4:25, 48:22, 49:1, 49:11
**immediately** [3] - 24:5, 54:21, 62:5
**impersonate** [2] - 43:10, 44:7
**implement** [1] - 11:7
**implicated** [1] - 20:25
**important** [12] - 9:2, 9:7, 9:23, 10:15, 11:3, 24:12, 37:20, 38:13,

42:23, 47:10, 48:9,
49:23
  **importantly** [1] -
49:25
  **imposed** [4] - 51:24,
56:3, 56:11, 56:22
  **imposition** [1] -
54:19
  **imprisonment** [1] -
56:3
  **in-person** [3] - 18:6,
18:10, 28:23
  **incarceration** [6] -
10:11, 10:12, 11:4,
12:9, 12:10, 48:22
  **include** [6] - 52:1,
54:3, 55:5, 55:7,
59:24, 59:25
  **includes** [2] - 2:23,
55:11
  **including** [5] - 25:9,
25:16, 26:10, 40:19,
60:3
  **income** [1] - 40:12
  **inconsistent** [2] -
8:19, 10:2
  **Indian** [1] - 41:17
  **Indiana** [1] - 29:2
  **Indianapolis** [3] -
13:12, 13:13, 13:14
  **indicate** [3] - 5:8,
5:16, 32:18
  **indicated** [7] - 4:10,
14:22, 16:13, 32:6,
38:2, 40:21, 53:20
  **indicates** [2] - 2:21,
32:6
  **indicating** [6] -
23:18, 26:19, 29:25,
45:5, 61:12
  **indication** [2] -
25:21, 35:9
  **indict** [1] - 38:18
  **indicted** [1] - 33:11
  **indictment** [7] - 2:19,
6:10, 9:17, 9:21,
63:11, 63:14, 63:15
  **individual** [1] - 47:10
  **individuals** [1] - 47:5
  **indulgence** [1] -
60:13
  **ineffective** [1] -
56:13
  **ineligible** [1] - 3:24
  **infancy** [1] - 41:6
  **influence** [1] - 49:18
  **information** [21] -
2:16, 5:4, 5:12, 7:13,
7:15, 7:16, 16:16,
21:7, 21:11, 21:22,

39:6, 43:13, 44:6,
44:16, 44:24, 45:8,
49:13, 56:12, 63:13
  **initial** [1] - 17:23
  **inmates** [1] - 59:15
  **inquiries** [1] - 5:9
  **insisting** [1] - 14:6
  **instances** [2] - 7:18,
46:11
  **instead** [1] - 53:13
  **instruction** [1] -
27:23
  **intact** [1] - 41:6
  **intelligent** [1] - 48:18
  **intent** [3] - 3:4, 10:3,
39:15
  **intention** [1] - 26:8
  **interactions** [2] -
46:6, 48:17
  **interested** [1] - 15:12
  **internal** [1] - 12:1
  **international** [1] -
59:13
  **interpret** [1] - 46:5
  **interpreter** [7] - 4:16,
15:13, 42:22, 42:23,
42:24, 47:15, 47:17
  **interpreters** [7] -
5:14, 42:13, 42:21,
46:4, 46:12, 46:19,
47:9
  **interpreting** [1] -
5:10
  **interviewed** [1] -
18:2
  **interviews** [1] -
18:19
  **intoxicated** [6] -
3:14, 3:15, 3:16, 34:1,
39:14, 40:23
  **intoxication** [1] -
39:13
  **investigate** [1] -
10:20
  **investigated** [1] -
25:5
  **investigating** [1] -
5:8
  **investigation** [5] -
6:12, 8:19, 16:10,
33:7, 55:10
  **investigations** [1] -
7:14
  **investigators** [1] -
17:4
  **involved** [7] - 5:3,
10:16, 10:21, 10:22,
42:1, 46:11, 47:20
  **issue** [10] - 25:8,
26:18, 27:2, 34:3,

34:17, 50:13, 53:21,
60:5, 60:7, 61:5
  **issued** [2] - 6:10,
9:18
  **issues** [4] - 11:19,
33:20, 41:2, 62:11
  **it'll** [3] - 55:7, 63:23,
63:24
  **itself** [3] - 42:25,
46:23, 46:25
  **IV** [1] - 4:12

## J

  **jail** [6] - 2:17, 5:24,
50:11, 51:16, 53:3,
53:14
  **job** [23] - 9:1, 11:24,
13:20, 15:21, 16:1,
23:1, 24:4, 24:5,
41:25, 42:5, 48:9,
48:10, 48:12, 50:18,
50:22, 52:18, 53:6,
53:24, 54:3, 54:11,
54:14, 55:24
  **jobs** [9] - 13:22,
14:18, 14:20, 23:17,
33:22, 33:25, 55:25,
63:24
  **join** [2] - 33:1, 33:3
  **JUDGE** [1] - 1:11
  **judgment** [1] -
25:10, 25:18, 27:5,
51:11, 55:7, 56:9,
59:2, 59:4, 59:9,
59:24, 62:14
  **judgments** [1] -
26:14, 40:13
  **July** [1] - 40:19
  **jurisdictions** [1] -
62:24

## K

  **keep** [10] - 9:1,
19:18, 19:23, 19:25,
25:14, 25:16, 27:18,
60:10, 62:11
  **KELLI** [1] - 1:20
  **kept** [1] - 23:2
  **kick** [1] - 52:20
  **kid** [2] - 15:25, 21:1
  **kids** [1] - 14:13
  **kind** [6] - 14:24,
22:14, 28:8, 49:23,
62:8, 63:19
  **knows** [4] - 14:4,
36:1, 36:16, 38:15
  **KOLLAR** [1] - 1:10

**KOLLAR-KOTELLY**
[1] - 1:10
  **KOTELLY** [1] - 1:10

## L

  **lack** [4] - 21:11, 26:2,
47:22, 48:16
  **language** [5] - 10:17,
28:22, 42:12, 42:25,
44:12
  **languages** [6] -
13:18, 14:23, 18:22,
40:1, 47:13, 48:19
  **large** [1] - 9:4
  **larger** [1] - 48:14
  **last** [2] - 40:22, 41:4
  **late** [2] - 28:9, 52:25
  **law** [3] - 30:20,
47:23, 47:24
  **lawyer** [5] - 20:2,
20:9, 20:13, 20:14,
60:6
  **lawyers** [5] - 6:13,
6:17, 9:17, 20:4, 37:6
  **leaning** [1] - 27:18
  **learned** [2] - 30:25,
54:6
  **learning** [2] - 13:18,
15:23
  **learns** [2] - 13:16,
13:19
  **least** [11] - 10:5,
17:22, 24:15, 26:7,
35:17, 43:23, 44:16,
45:9, 50:20, 52:6,
63:24
  **leave** [2] - 45:21,
62:13
  **led** [1] - 9:21
  **leeway** [1] - 52:17
  **left** [3] - 12:21,
12:24, 14:2
  **legal** [1] - 21:12
  **legitimately** [1] -
9:10
  **less** [2] - 16:14,
29:22
  **letter** [2] - 6:10, 9:18
  **Level** [6] - 3:22, 4:25,
21:25, 48:21, 49:1,
49:10
  **level** [5] - 3:12, 4:24,
18:5, 18:19, 48:25
  **levels** [2] - 18:16,
18:17
  **license** [2] - 39:17,
49:5
  **life** [2] - 33:6, 50:23

  **light** [2] - 11:19, 17:2
  **lightly** [1] - 8:4
  **likely** [2] - 12:2,
62:10
  **Limitations** [2] -
9:24, 10:4
  **limited** [2] - 48:17,
48:19
  **limiting** [1] - 48:14
  **lines** [1] - 30:22
  **linguist** [10] - 11:25,
40:10, 43:9, 44:3,
44:6, 44:9, 44:17,
44:20, 44:25, 46:19
  **linguists** [3] - 42:8,
46:9, 46:21
  **Linthicum** [2] -
16:19, 17:25
  **LISA** [2] - 1:21, 65:3
  **Lisa** [1] - 65:12
  **list** [1] - 6:23
  **listen** [1] - 31:9
  **listening** [2] - 30:3,
31:5
  **literally** [1] - 32:19
  **live** [1] - 50:13
  **lived** [3] - 12:23,
13:3, 41:23
  **lives** [3] - 42:2, 42:4,
55:21
  **living** [2] - 41:10,
41:20
  **LLC** [1] - 1:18
  **local** [2] - 52:2, 57:15
  **locked** [2] - 52:20,
57:2
  **Look** [1] - 28:16
  **look** [7] - 21:25,
23:24, 26:12, 33:21,
33:22, 35:6, 38:15
  **looked** [2] - 23:11,
27:8
  **looking** [6] - 18:12,
18:14, 33:21, 47:18,
49:12, 53:6
  **looks** [1] - 55:20
  **Lord** [2] - 14:17, 40:6
  **lose** [3] - 20:1, 20:5,
21:14

## M

  **ma'am** [3] - 30:14,
31:21, 32:25
  **mail** [1] - 45:13
  **main** [1] - 17:4
  **maintenance** [1] -
40:4
  **major** [1] - 7:20

**man** [1] - 31:7
**manage** [2] - 30:22
**managed** [1] - 59:20
**manager** [4] - 28:14, 43:15, 43:18
**managers** [3] - 11:9, 27:25, 28:9
**mandatory** [2] - 51:23, 52:1
**manner** [3] - 43:3, 45:19, 45:22
**manufactured** [1] - 18:11
**March** [2] - 43:6, 44:14
**marijuana** [4] - 22:4, 22:24, 40:18
**marketplace** [1] - 50:21
**markets** [1] - 13:7
**married** [1] - 41:19
**Maryland** [3] - 16:19, 17:25, 44:11
**masters** [1] - 57:7
**material** [2] - 26:16, 60:3
**maternal** [1] - 41:8
**matter** [1] - 26:8
**maximum** [2] - 2:17, 56:4
**McCarthy** [24] - 1:14, 2:2, 2:9, 6:3, 6:6, 7:6, 7:11, 7:22, 8:1, 8:4, 8:13, 12:15, 27:3, 37:15, 37:18, 38:24, 58:3, 63:3, 63:6, 63:10, 63:13, 64:9, 64:14
**mean** [7] - 22:16, 26:5, 29:23, 30:21, 47:22, 47:23, 60:9
**means** [7] - 43:3, 43:13, 45:19, 45:22, 57:1, 59:5, 59:7
**meant** [1] - 4:13
**medication** [1] - 41:3
**meet** [1] - 42:9
**member** [1] - 45:15
**members** [2] - 45:4, 50:24
**memo** [4] - 8:15, 10:17, 12:12, 16:5
**memorandum** [3] - 2:23, 2:25, 27:10
**mental** [1] - 40:24
**mentioned** [1] - 24:21
**MEP** [8] - 17:19, 19:6, 19:10, 28:24, 29:6, 44:10, 44:21

**MEP's** [1] - 18:1
**message** [3] - 11:5, 24:10, 25:2
**messed** [1] - 29:16
**met** [1] - 41:20
**methods** [1] - 53:18
**Michael** [1] - 2:9
**MICHAEL** [1] - 1:14
**microphone** [1] - 27:17
**middle** [1] - 36:1
**might** [2] - 19:21, 20:25
**miles** [1] - 32:11
**military** [11] - 11:10, 11:12, 11:21, 15:2, 15:7, 40:9, 44:11, 46:4, 46:5, 46:7, 47:11
**minimum** [1] - 42:9
**minus** [1] - 3:11
**minutes** [2] - 37:12, 64:10
**misconduct** [4] - 10:7, 10:13, 11:6, 36:3
**mission** [1] - 47:11
**mistake** [1] - 29:8
**mistakes** [1] - 30:21
**mitigating** [1] - 9:15
**mitigation** [2] - 34:15, 34:16
**model** [1] - 15:6
**money** [6] - 9:3, 10:16, 19:22, 19:23, 46:17, 46:18
**monster.com** [1] - 14:21
**Montalvo** [2] - 6:14, 37:21
**months** [15] - 3:23, 14:12, 23:23, 28:5, 48:23, 49:11, 50:10, 50:11, 51:3, 51:13, 51:14, 51:16, 53:3, 57:15
**morning** [7] - 2:1, 2:2, 2:3, 2:11, 2:13, 12:16, 12:17
**most** [5] - 8:23, 23:22, 47:12, 47:18
**mother** [2] - 14:11, 41:6
**motion** [7] - 2:24, 4:22, 5:19, 6:7, 38:14, 42:20, 60:21
**motivated** [1] - 9:3
**move** [1] - 5:22
**moved** [1] - 41:18
**moves** [1] - 7:14

**movies** [1] - 54:7
**moving** [2] - 19:9, 50:21
**MR** [54] - 2:2, 2:3, 2:9, 2:11, 6:3, 6:6, 7:6, 7:11, 7:22, 8:1, 8:4, 8:13, 12:15, 12:16, 12:18, 18:13, 18:16, 21:17, 22:21, 23:22, 24:18, 24:22, 25:20, 26:21, 27:3, 27:8, 27:12, 31:22, 31:24, 35:15, 35:22, 36:8, 36:11, 36:15, 37:15, 37:18, 38:24, 58:3, 58:5, 58:10, 58:22, 60:13, 61:6, 61:9, 61:21, 62:16, 62:19, 63:3, 63:6, 63:10, 63:13, 64:9, 64:14
**mud** [1] - 15:16
**must** [9] - 52:2, 52:3, 52:4, 52:5, 52:9, 52:13, 53:15, 53:17, 54:1

## N

**name** [4] - 15:16, 33:10, 33:12
**naturalized** [1] - 39:10
**nature** [1] - 33:25
**necessarily** [4] - 20:15, 21:2, 30:8, 48:12
**necessary** [1] - 24:15
**need** [22] - 3:5, 16:23, 23:1, 27:15, 27:17, 48:11, 49:14, 49:20, 50:4, 50:25, 53:9, 56:20, 56:24, 57:2, 57:6, 57:9, 60:21, 60:23, 62:17, 63:10, 63:22, 64:2
**needs** [9] - 4:2, 23:21, 24:8, 25:14, 25:22, 42:5, 49:14, 55:19, 56:23
**negative** [2] - 30:2, 40:19
**nephew** [3] - 20:23, 20:24, 42:1
**nephews** [1] - 13:2
**never** [9] - 14:23, 25:11, 25:19, 26:14, 28:19, 30:16, 30:18, 30:20, 34:24

**New** [1] - 1:16
**new** [7] - 8:17, 23:7, 23:8, 30:21, 53:2, 56:11, 59:15
**news** [4] - 30:24, 33:11, 33:12
**next** [2] - 18:5, 20:14
**nieces** [1] - 13:1
**nobody** [2] - 26:3, 36:7
**nod-nod** [1] - 16:25
**nolle** [1] - 39:21
**nonsense** [1] - 19:3
**normally** [2] - 27:1, 53:9
**Northwest** [2] - 1:16, 1:18
**note** [1] - 9:23
**noted** [1] - 42:19
**notes** [3] - 11:12, 37:13, 65:5
**nothing** [10] - 26:13, 32:18, 36:12, 36:13, 47:8, 54:9, 55:8, 59:19, 59:22, 62:7
**notice** [4] - 56:2, 56:20, 61:25, 64:12
**noticed** [1] - 8:15
**notify** [1] - 54:23
**NSA** [1] - 18:19
**number** [8] - 8:6, 10:18, 28:13, 28:15, 28:17, 38:5, 42:14, 43:16, 43:17, 43:19, 44:2, 44:4, 44:5
**numbers** [1] - 28:1
**nurse** [1] - 41:22
**NW** [2] - 1:23, 65:14

## O

**oath** [1] - 48:3
**objection** [1] - 3:8
**objections** [3] - 3:1, 56:22
**obligation** [2] - 54:21, 54:25
**obstruct** [1] - 53:17
**obtain** [2] - 42:10, 44:22
**obtained** [2] - 9:4, 45:25
**obvious** [2] - 32:7, 32:20
**obviously** [11] - 7:7, 7:12, 11:22, 23:17, 30:8, 36:20, 42:5, 47:12, 48:17, 48:18, 59:8

**occasion** [1] - 43:23
**occasions** [2] - 17:21, 17:22
**occurred** [1] - 23:12
**odd** [1] - 14:19
**OF** [4] - 1:1, 1:3, 1:10, 1:15
**Offense** [5] - 3:22, 4:25, 48:21, 48:25, 49:10
**offense** [18] - 3:4, 3:11, 3:12, 3:16, 4:24, 22:19, 31:15, 35:3, 36:13, 42:7, 43:5, 46:3, 48:25, 49:3, 56:14, 62:9, 62:10, 64:4
**offenses** [6] - 10:8, 22:1, 22:14, 22:15, 22:16
**offer** [1] - 38:5
**Office** [1] - 55:11
**OFFICE** [1] - 1:14
**office** [12] - 15:21, 15:24, 16:2, 17:13, 35:25, 52:8, 52:10, 55:9, 55:15, 55:24, 59:1, 60:19
**OFFICER** [4] - 4:18, 57:20, 60:18, 61:1
**officer** [1] - 39:19
**offices** [1] - 60:11
**Official** [1] - 1:22
**official** [2] - 3:8, 65:12
**old** [5] - 13:14, 14:12, 22:2, 24:6, 39:10
**on-site** [1] - 18:9
**one** [34] - 3:13, 3:23, 4:24, 6:18, 11:11, 11:25, 14:5, 18:25, 19:7, 20:23, 24:16, 25:6, 27:25, 28:1, 29:11, 29:16, 30:3, 31:15, 32:14, 32:16, 33:15, 34:25, 35:18, 36:16, 37:15, 43:6, 43:23, 45:4, 45:19, 47:19, 48:25, 52:1, 59:10, 59:18
**ones** [2] - 29:6, 47:4
**open** [2] - 48:13, 60:5
**operas** [1] - 13:17
**operating** [1] - 3:14
**operation** [1] - 17:14
**OPI** [10] - 11:23, 43:8, 43:9, 43:11, 43:14, 43:22, 43:25,

44:8, 44:10, 44:21
**opinion** [1] - 49:8
**opportunities** [1] - 9:20
**opportunity** [3] - 8:5, 14:1, 15:25
**oral** [1] - 46:10
**order** [4] - 42:10, 55:3, 55:12, 59:4
**ordered** [2] - 51:19, 55:3
**orders** [1] - 14:9
**original** [2] - 16:19, 28:17
**originate** [1] - 32:4
**originator** [1] - 32:7
**otherwise** [2] - 7:25, 34:24
**outset** [1] - 21:10
**over-the-phone** [1] - 17:23
**overheard** [1] - 37:20
**overrepresents** [1] - 49:8
**overseas** [3] - 15:4, 40:9, 50:1
**own** [5] - 17:14, 41:24, 43:10, 49:20, 54:10

## P

**Page** [2] - 3:3, 4:13
**paid** [3] - 46:7, 47:7, 54:25
**Pakistan** [6] - 12:23, 12:25, 13:4, 14:11, 41:10, 41:12
**paperwork** [1] - 29:2, 59:23
**Paragraph** [3] - 3:3, 4:10, 4:14
**part** [5] - 20:8, 25:22, 33:8, 41:4, 47:12
**participate** [1] - 54:1
**particular** [5] - 5:14, 10:1, 10:16, 11:2, 49:9
**particularly** [1] - 61:20
**parties** [2] - 63:17, 64:6
**Pashto** [1] - 14:23
**pass** [4] - 28:16, 29:15, 43:9, 44:8
**passed** [2] - 44:10, 46:10
**passing** [6] - 9:25, 10:3, 16:19, 28:12,

46:10
**past** [4] - 30:25, 34:2, 38:16, 53:20
**pattern** [3] - 10:7, 10:9, 38:12
**Patterson** [1] - 60:24
**pay** [13] - 4:2, 33:4, 33:5, 40:15, 40:16, 51:19, 52:19, 53:9, 53:14, 54:18, 55:1, 57:6, 63:22
**payable** [1] - 54:21
**penalties** [1] - 2:17
**pending** [2] - 23:6, 23:9
**people** [27] - 9:10, 10:21, 11:1, 11:13, 12:5, 12:7, 14:19, 15:2, 15:10, 16:7, 16:14, 16:17, 16:18, 18:9, 19:5, 23:16, 30:6, 30:11, 31:10, 31:16, 32:22, 47:12, 47:13, 50:1, 55:25, 58:15, 59:9
**people's** [2] - 14:7, 49:18
**percent** [3] - 29:19, 30:17, 30:18
**percentage** [1] - 9:4
**perception** [1] - 26:1
**perfect** [1] - 61:1
**perfection** [2] - 18:12, 18:14
**perfectly** [1] - 22:4
**perhaps** [1] - 30:1
**period** [9] - 10:11, 11:4, 12:9, 23:16, 55:2, 56:3, 61:24
**periodic** [1] - 52:7
**permission** [1] - 56:17
**person** [8] - 18:6, 18:10, 21:19, 28:23, 29:15, 45:1, 45:3, 59:15
**person's** [1] - 22:12
**personal** [2] - 41:5, 44:6, 44:16
**personalizing** [1] - 24:14
**personally** [1] - 28:14
**personnel** [3] - 46:4, 46:6, 47:10
**perspective** [4] - 8:16, 21:9, 21:19, 35:7
**phone** [7] - 3:4, 17:23, 18:11, 28:1,

28:6, 28:13, 39:15
**physical** [1] - 41:2
**physician** [2] - 14:6, 41:3
**pick** [4] - 20:11, 20:21, 21:3, 30:7
**picked** [1] - 15:1
**place** [8] - 3:18, 4:24, 11:10, 11:13, 43:16, 45:1, 55:17, 57:14
**placement** [1] - 52:6
**places** [2] - 30:16, 33:9
**placing** [2] - 13:12, 15:2
**Plaintiff** [1] - 1:4
**play** [1] - 15:7
**played** [1] - 9:16
**playing** [2] - 15:6, 40:8
**plea** [7] - 34:22, 37:3, 38:5, 48:1, 48:4, 56:14
**pleadings** [1] - 39:5
**pled** [2] - 2:15, 34:21, 63:13
**plus** [1] - 3:17
**point** [25] - 3:3, 3:9, 3:13, 3:15, 7:19, 13:15, 18:25, 20:20, 20:23, 21:5, 22:2, 22:5, 25:12, 25:14, 26:7, 26:12, 26:18, 32:16, 35:4, 42:17, 45:22, 48:21, 51:20, 54:16, 55:1
**pointed** [1] - 3:7
**points** [10] - 3:5, 3:6, 3:11, 3:17, 3:19, 4:6, 4:10, 4:11, 27:9
**police** [2] - 32:12, 39:19
**portions** [1] - 4:3
**position** [1] - 23:13
**positive** [2] - 22:3, 40:18
**possess** [1] - 52:3
**possibilities** [1] - 49:16
**potential** [1] - 44:12
**potentially** [1] - 50:1
**practical** [3] - 38:22, 60:11, 61:4
**pre** [4] - 6:10, 9:17, 37:3, 37:5
**pre-guilty** [1] - 37:3
**pre-indictment** [2] - 6:10, 9:17
**preclude** [1] - 34:2
**precluded** [1] - 62:9

**predict** [1] - 22:12
**preparation** [1] - 40:9
**present** [1] - 2:12
**presented** [1] - 38:4
**presentence** [9] - 2:22, 4:3, 4:9, 4:19, 25:17, 26:11, 55:9, 55:14, 59:25
**presently** [1] - 40:2, 42:4
**president** [2] - 17:12, 17:19
**press** [3] - 61:13, 63:2
**presumably** [2] - 25:4, 43:2
**pretrial** [5] - 2:21, 57:2, 57:5, 57:7, 57:12
**prevent** [1] - 11:13
**previous** [1] - 6:17
**previously** [1] - 55:4
**pride** [2] - 24:7, 54:10
**Prime** [2] - 28:25, 29:6
**Prisons** [13] - 51:6, 51:13, 57:4, 57:14, 57:16, 58:12, 58:23, 59:4, 59:7, 59:12, 59:20, 60:11, 61:17
**private** [1] - 9:12
**privately** [1] - 61:10
**probation** [8] - 3:24, 23:14, 52:8, 52:10, 55:9, 55:15, 55:17, 55:24
**PROBATION** [5] - 1:20, 4:18, 57:20, 60:18, 61:1
**Probation** [10] - 3:9, 4:13, 25:8, 38:25, 54:14, 55:11, 57:8, 57:12, 60:15, 62:1
**probations** [1] - 34:22
**probe** [2] - 5:13, 10:22
**problem** [9] - 22:3, 22:22, 26:17, 32:20, 58:8, 58:21, 58:25, 61:8, 62:7
**problems** [2] - 22:1, 57:24, 60:6
**Procedure** [2] - 4:5, 4:8
**Proceedings** [1] - 64:15
**proceedings** [2] -

39:2, 65:6
**proceeds** [1] - 45:16
**process** [1] - 19:12
**produced** [1] - 65:6
**proffer** [1] - 38:1
**proffered** [1] - 37:25
**proficiency** [1] - 42:10
**proficient** [2] - 42:25, 54:7
**profit** [1] - 13:8
**program** [4] - 39:19, 54:2, 54:3
**prohibited** [1] - 53:17
**prolific** [1] - 8:23
**pros'ed** [1] - 39:21
**prosecution** [1] - 9:25
**prosecutions** [1] - 5:17
**protect** [3] - 20:22, 20:23
**provide** [6] - 7:3, 7:13, 8:10, 21:22, 45:16, 63:23
**provided** [8] - 6:23, 41:21, 43:15, 43:24, 44:3, 44:23, 45:8, 59:18
**providing** [4] - 5:2, 6:20, 6:24, 21:6
**provisions** [1] - 51:10
**public** [2] - 7:10, 39:13
**punished** [1] - 36:17
**punishment** [1] - 14:8
**pursuant** [2] - 5:20, 51:9
**pushcart** [2] - 13:6, 13:7
**put** [22] - 6:21, 7:24, 8:14, 11:10, 12:11, 14:24, 16:4, 16:22, 19:24, 24:1, 25:19, 27:6, 27:18, 28:16, 28:18, 29:4, 37:15, 38:13, 50:8, 53:23, 54:5, 62:22
**puts** [5] - 3:12, 3:19, 3:20, 4:11, 7:9
**putting** [3] - 12:7, 32:10, 53:8

## Q

**qualifications** [1] -

50:20
   **qualified** [9] - 5:14, 18:4, 18:20, 18:21, 28:25, 29:3, 46:4, 46:11, 46:18
   **questions** [3] - 6:23, 6:25, 58:1
   **quite** [1] - 6:16

## R

   **radar** [1] - 6:11
   **raise** [2] - 59:3, 59:14
   **raised** [2] - 14:14, 60:5
   **raises** [1] - 25:8
   **raising** [2] - 14:13, 61:4
   **rampant** [4] - 8:20, 8:22, 10:23, 10:25
   **range** [2] - 3:25, 48:23
   **rather** [1] - 21:1
   **RDR** [3] - 1:21, 65:3, 65:12
   **readiness** [2] - 54:4, 54:14
   **ready** [2] - 55:20, 57:23
   **really** [6] - 23:1, 24:7, 24:14, 25:2, 26:25, 34:5
   **reason** [14] - 14:2, 18:1, 23:2, 25:23, 26:9, 30:2, 34:23, 35:2, 43:2, 47:6, 47:8, 49:19, 52:24, 59:21
   **reasonable** [2] - 19:13, 39:7
   **reasons** [3] - 27:5, 63:7, 63:8
   **receive** [1] - 42:15
   **received** [8] - 5:5, 5:10, 29:23, 42:18, 44:7, 44:19, 56:13, 58:14
   **recent** [4] - 23:22, 23:23, 48:7, 56:21
   **recently** [2] - 22:3, 59:11
   **recess** [1] - 39:1
   **recidivism** [1] - 22:13
   **recognize** [1] - 35:16
   **recognized** [5] - 9:25, 35:23, 35:24, 36:2, 36:24
   **recognizes** [1] -

21:21
   **recommend** [3] - 61:19, 61:20, 62:6
   **recommendation** [2] - 61:16, 62:8
   **record** [7] - 2:8, 7:6, 27:16, 37:16, 38:13, 39:5, 60:14
   **recovered** [1] - 14:5
   **recruit** [2] - 46:3, 46:13
   **recruited** [6] - 28:3, 28:20, 42:8, 46:9, 47:5, 47:9
   **recruiter** [5] - 15:12, 15:19, 15:20, 33:2, 40:11
   **recruiters** [11] - 5:3, 8:24, 9:2, 11:8, 12:7, 28:8, 32:8, 32:20, 34:10, 46:23, 49:24
   **recruiting** [5] - 5:4, 5:13, 19:10, 44:19, 45:24
   **recruits** [4] - 42:14, 42:15, 42:17, 46:13
   **redacted** [1] - 59:18
   **reduce** [1] - 48:24
   **reduced** [1] - 4:24
   **reentry** [2] - 52:13
   **referral** [6] - 44:22, 45:1, 45:6, 45:12, 45:16, 45:24
   **referrals** [1] - 9:8
   **referred** [4] - 9:10, 9:12, 45:2, 45:5
   **referrer** [3] - 45:6, 45:9, 45:14
   **referrers** [2] - 44:24, 45:13
   **Reform** [1] - 51:9
   **refrain** [1] - 52:4
   **refugee** [6] - 12:23, 13:2, 13:8, 13:9, 41:12, 41:15
   **refugees** [1] - 13:12
   **refused** [1] - 14:10
   **regard** [1] - 47:23
   **regarding** [2] - 44:24, 45:8
   **registered** [1] - 29:6
   **regulations** [3] - 52:15, 53:7, 54:3
   **rehabilitation** [1] - 49:14
   **reissued** [1] - 10:18
   **related** [4] - 9:8, 22:1, 43:4, 45:19
   **release** [10] - 3:23, 5:25, 12:10, 23:14,

51:15, 51:17, 55:9, 61:13, 61:14, 64:1
   **releases** [1] - 63:2
   **Relief** [1] - 13:11
   **relocated** [1] - 41:9
   **relying** [2] - 47:10, 50:3
   **remain** [4] - 4:16, 25:7, 25:9, 62:14
   **remaining** [2] - 27:4, 60:4
   **remains** [1] - 25:1
   **remarkable** [1] - 13:19
   **remember** [3] - 9:3, 32:6, 64:1
   **remembers** [1] - 14:23
   **removing** [1] - 14:8
   **renting** [1] - 13:6
   **report** [12] - 2:21, 2:22, 4:3, 4:9, 4:20, 25:17, 26:11, 48:16, 55:10, 55:15, 58:24, 59:25
   **REPORTED** [1] - 1:21
   **Reporter** [2] - 1:22, 65:12
   **reports** [1] - 39:23
   **represent** [1] - 6:19
   **representations** [1] - 45:11
   **represented** [3] - 6:17, 20:9, 45:2
   **request** [4] - 56:17, 56:18, 58:6, 61:17
   **requested** [5] - 4:1, 4:23, 5:5, 14:10, 59:15
   **require** [2] - 50:16, 50:17
   **requirements** [1] - 42:10
   **reside** [1] - 52:13
   **residence** [1] - 55:12
   **residential** [4] - 52:12, 52:13, 52:21, 53:13
   **resolution** [1] - 23:12
   **resolve** [2] - 23:3, 23:10
   **resolved** [1] - 3:2
   **respect** [1] - 47:24
   **responsibility** [22] - 3:12, 30:4, 30:9, 30:10, 30:13, 31:6, 31:12, 31:14, 31:19, 31:20, 32:24, 34:9,

34:14, 34:18, 34:21, 35:13, 36:2, 38:3, 38:16, 38:17, 47:2, 48:5
   **responsible** [1] - 32:17
   **rest** [3] - 27:9, 50:23, 51:17
   **restitution** [5] - 3:25, 6:1, 12:13, 40:15, 40:16
   **restriction** [2] - 33:9, 33:13
   **restrictions** [1] - 53:9
   **result** [1] - 46:1
   **retained** [3] - 6:13, 37:22, 38:19
   **retaining** [1] - 37:21
   **retested** [1] - 11:18
   **retesting** [1] - 11:19
   **retired** [1] - 42:6
   **return** [1] - 55:14
   **reverse** [2] - 37:25, 38:1
   **reverse-proffered** [1] - 37:25
   **revoked** [1] - 49:5
   **rid** [1] - 32:22
   **rights** [1] - 31:1
   **ring** [2] - 3:4, 39:15
   **river** [2] - 14:4, 14:5
   **road** [3] - 32:15, 36:18, 38:14
   **rogue** [1] - 17:14
   **role** [5] - 9:16, 15:6, 40:8, 47:9
   **role-playing** [1] - 40:8
   **Room** [2] - 1:24, 64:14
   **roped** [1] - 8:18
   **Rule** [2] - 4:5, 4:7
   **rules** [4] - 23:19, 30:16, 52:15, 54:2
   **running** [1] - 17:14
   **Russians** [1] - 41:11
   **résumé** [3] - 14:21, 14:22, 15:1

## S

   **safety** [2] - 58:19
   **salary** [2] - 9:4, 9:6
   **salesman** [1] - 40:6
   **satisfied** [2] - 35:1, 55:18
   **saw** [1] - 33:12
   **scapegoat** [1] - 19:2

   **scheme** [4] - 36:5, 42:2, 45:19, 46:1
   **school** [2] - 54:9, 54:12
   **schooling** [3] - 13:4, 13:15, 39:24
   **screaming** [1] - 16:5
   **screened** [1] - 18:3
   **screening** [4] - 17:24, 18:18, 18:20, 42:12
   **seal** [14] - 8:21, 23:5, 25:1, 25:2, 25:7, 25:9, 25:12, 25:13, 25:22, 27:4, 59:5, 59:8, 59:9, 60:4
   **SEALED** [1] - 1:10
   **sealed** [2] - 26:10, 62:15
   **sealing** [2] - 55:3, 61:17
   **second** [4] - 3:16, 11:11, 18:19, 38:25
   **seconds** [1] - 61:6
   **secret** [3] - 19:19, 19:23, 20:1
   **SECTION** [1] - 1:15
   **sections** [1] - 39:8
   **security** [2] - 18:4, 29:2
   **see** [5] - 7:20, 33:23, 60:16, 63:18, 64:4
   **seem** [2] - 10:9, 18:10
   **self** [3] - 24:6, 39:23, 48:16
   **self-report** [1] - 48:16
   **self-reports** [1] - 39:23
   **self-sufficient** [1] - 24:6
   **sell** [1] - 13:8
   **selling** [1] - 14:17
   **send** [8] - 11:5, 29:4, 29:7, 45:12, 50:13, 50:19, 61:25, 62:1
   **sending** [6] - 24:10, 25:2, 28:25, 29:1, 49:25, 50:1
   **sends** [1] - 17:18
   **seniors'** [1] - 27:23
   **sense** [4] - 13:23, 19:8, 32:1, 61:21
   **sent** [7] - 11:20, 18:20, 38:5, 44:10, 44:16, 47:13, 52:17
   **sentence** [11] - 39:7, 50:7, 50:10, 55:12, 56:3, 56:5, 56:11,

56:22, 59:16, 61:20, 62:23

**sentenced** [2] - 34:11, 51:14

**sentences** [1] - 62:24

**sentencing** [26] - 2:14, 2:20, 2:23, 2:25, 3:10, 3:21, 4:17, 8:15, 10:17, 16:4, 23:24, 23:25, 24:1, 24:2, 24:12, 24:14, 27:10, 37:8, 37:14, 39:4, 50:8, 51:11, 55:6, 56:6, 56:15, 62:20

**SENTENCING** [1] - 1:10

**Sentencing** [1] - 51:9

**September** [3] - 1:6, 38:1, 38:7

**serious** [4] - 10:8, 46:3, 49:3, 49:6

**seriously** [2] - 53:4, 63:21

**serve** [2] - 42:8, 51:14

**served** [2] - 51:5, 51:6

**service** [3] - 46:4, 47:10, 53:23

**services** [7] - 2:21, 10:17, 40:8, 54:2, 57:3, 57:5, 57:7

**Services** [1] - 13:11

**serving** [1] - 12:6

**set** [2] - 39:8, 42:19

**seven** [2] - 39:23, 40:1

**several** [2] - 13:21, 14:23

**shall** [3] - 51:22, 55:9, 55:14

**shifting** [1] - 30:5, 30:9

**short** [2] - 61:20, 62:10

**show** [1] - 47:24

**shows** [1] - 22:7

**signed** [1] - 34:21

**similar** [1] - 5:4

**simplistically** [1] - 32:10

**simply** [3] - 23:19, 29:24, 33:25

**sister** [11] - 12:24, 13:1, 13:13, 13:23, 15:16, 40:14, 41:8, 41:9, 41:13, 41:16, 42:2

**sister's** [1] - 21:1

**sisters** [2] - 30:19, 41:24

**sit** [1] - 6:22

**site** [2] - 18:6, 18:9

**situation** [2] - 12:12, 16:25

**six** [5] - 3:19, 4:11, 39:23, 57:20, 57:22

**sixth** [2] - 12:21, 12:22

**sixth-grade** [1] - 12:21

**skill** [1] - 54:4

**skilled** [1] - 47:15

**skills** [4] - 15:24, 42:16, 42:23, 43:1

**Skype** [1] - 28:23

**slowly** [4] - 30:24, 30:25

**smart** [1] - 16:24

**Snapchat** [1] - 41:20

**soap** [1] - 13:17

**socialize** [1] - 15:4

**soldiers** [2] - 12:7, 15:3

**someday** [1] - 36:18

**someone** [2] - 7:15

**someplace** [1] - 55:21

**sometimes** [3] - 24:12, 32:1, 49:8

**soon** [1] - 61:23

**sooner** [2] - 23:3, 23:12

**sorry** [2] - 18:13, 27:20

**sort** [6] - 8:18, 15:6, 30:8, 32:10, 38:16, 49:3

**special** [3] - 4:1, 51:19, 52:11

**specific** [1] - 45:18

**specifically** [2] - 10:12, 24:20

**speeding** [1] - 32:11

**spend** [4] - 50:23, 51:3, 53:5, 64:10

**spending** [3] - 46:17, 52:20, 53:2

**spent** [8] - 13:9, 31:24, 31:25, 41:17, 41:24, 46:18, 50:5, 62:20

**sphere** [1] - 7:10

**splitting** [1] - 51:16

**spoken** [2] - 47:14, 59:11

**sponsored** [2] - 13:13, 41:16

**sponsoring** [2] - 8:7, 13:12

**stages** [1] - 35:17

**stand** [1] - 10:5

**standard** [1] - 51:23

**standards** [1] - 42:10

**stands** [2] - 36:19, 36:20

**start** [7] - 12:19, 20:3, 32:4, 46:16, 53:4, 55:19, 55:23

**started** [2] - 19:8, 33:7

**starting** [1] - 62:14

**state** [1] - 52:2

**statement** [3] - 31:14, 36:13, 43:5

**statements** [2] - 6:7, 35:2

**States** [7] - 1:22, 2:6, 2:16, 37:3, 39:25, 41:14, 65:13

**STATES** [4] - 1:1, 1:3, 1:11, 1:14

**status** [2] - 4:16, 41:15

**statutory** [2] - 2:17, 56:4

**stay** [5] - 10:9, 57:24, 58:11, 58:20, 60:2

**stealing** [1] - 14:8

**stenographic** [1] - 65:5

**step** [2] - 20:20, 57:1

**still** [11] - 5:7, 17:9, 25:24, 27:22, 33:20, 34:3, 42:3, 42:18, 61:3, 61:23

**stock** [1] - 49:20

**stop** [2] - 32:12, 59:21

**strange** [1] - 16:1

**Street** [1] - 1:18

**strict** [1] - 52:23

**stricter** [1] - 11:7

**structure** [1] - 63:23

**struggled** [1] - 12:24

**stuff** [8] - 15:22, 19:15, 19:23, 30:23, 34:1, 37:6, 55:25

**subject** [1] - 6:12

**subjects** [2] - 5:11, 7:2, 7:17

**submit** [2] - 52:5, 53:15

**subsequent** [1] - 39:8

**subsequently** [3] - 11:20, 19:5, 19:7

**substance** [6] -

40:17, 52:3, 52:5, 53:15, 53:16, 53:17

**substantial** [2] - 2:24, 4:23

**substituting** [1] - 17:23

**sufficient** [2] - 24:6, 45:23

**suggested** [1] - 48:24

**suggesting** [1] - 26:3

**suggestion** [1] - 22:7

**Suite** [1] - 1:19

**suits** [1] - 14:17

**sum** [2] - 5:12, 12:8

**summary** [1] - 42:7

**supervised** [7] - 3:23, 5:25, 12:10, 23:14, 51:15, 51:17, 64:1

**supervision** [10] - 3:18, 22:8, 22:9, 51:22, 51:24, 52:1, 52:6, 55:2, 63:23

**supplied** [2] - 43:12, 43:20

**support** [3] - 12:24, 50:24, 50:25

**supported** [1] - 40:13

**supportive** [1] - 42:3

**supposed** [4] - 17:5, 23:6, 33:1, 60:10

**surprised** [1] - 18:8

**surrender** [1] - 56:25

**Suspension** [2] - 9:24, 10:3

**suspicious** [1] - 14:3

**swim** [2] - 14:4

**switch** [1] - 55:17

**system** [7] - 21:12, 28:1, 28:13, 28:15, 28:17, 43:20, 50:2

**T**

**Taliban** [5] - 14:6, 14:7, 14:9, 15:16, 41:11

**talks** [2] - 19:16, 19:17

**tall** [1] - 27:18

**tamper** [1] - 53:18

**target** [2] - 6:10, 9:18

**Taylor** [2] - 14:17, 40:7

**teach** [1] - 15:23

**teaches** [1] - 13:19

**telephone** [7] -

43:16, 43:17, 43:19, 43:24, 44:2, 44:4

**television** [1] - 13:16

**ten** [4] - 3:23, 38:21, 48:23, 61:6

**tension** [1] - 20:7

**term** [3] - 51:13, 51:15, 52:14

**termination** [1] - 55:16

**terms** [30] - 3:1, 3:10, 3:13, 4:14, 7:25, 14:13, 20:18, 21:2, 21:16, 21:19, 23:19, 25:8, 26:19, 32:21, 37:8, 39:12, 39:18, 40:17, 41:2, 42:7, 47:18, 49:13, 49:17, 51:7, 56:2, 57:18, 62:2, 62:3, 64:11

**test** [27] - 7:16, 11:23, 16:19, 17:23, 17:24, 20:24, 22:3, 28:12, 28:16, 28:23, 28:24, 40:19, 43:8, 43:9, 43:14, 43:22, 43:25, 44:8, 44:10, 44:18, 46:10, 46:12, 46:17, 47:3, 52:5, 53:22

**tested** [1] - 46:13

**testers** [1] - 44:1

**testify** [1] - 7:24

**testing** [10] - 18:6, 18:10, 42:15, 43:2, 44:12, 53:15, 53:16, 53:18, 53:19

**tests** [10] - 18:10, 18:11, 28:2, 28:22, 40:18, 42:12, 43:11, 44:21, 52:7

**thankfully** [1] - 38:19

**that'll** [1] - 59:23

**THE** [82] - 1:1, 1:10, 1:14, 1:15, 1:17, 2:1, 2:4, 2:5, 2:13, 4:18, 4:21, 6:5, 7:5, 7:7, 7:12, 7:23, 8:2, 8:11, 12:14, 12:17, 18:12, 18:14, 21:16, 22:18, 23:15, 24:16, 24:19, 25:4, 26:3, 26:25, 27:6, 27:11, 27:13, 27:19, 29:22, 30:12, 30:13, 30:14, 31:4, 31:7, 31:9, 31:21, 31:23, 32:5, 32:25, 33:16, 34:20, 35:1, 35:20, 36:7, 36:9, 36:12, 37:5, 37:11,

37:12, 37:17, 38:21, 38:25, 39:3, 57:20, 57:22, 58:4, 58:8, 58:20, 58:25, 60:15, 60:18, 60:23, 61:1, 61:3, 61:8, 61:19, 61:25, 62:17, 63:1, 63:4, 63:8, 63:12, 63:15, 64:7, 64:8, 64:10

**theirs** [1] - 34:12
**thereafter** [1] - 52:7
**thereby** [1] - 45:5
**therefore** [1] - 54:19
**Thereupon** [1] - 39:1
**they've** [4] - 4:23, 16:13, 40:19, 62:11
**thinking** [3] - 15:24, 23:2, 51:4
**thinks** [1] - 19:14
**threatening** [1] - 16:5
**threats** [1] - 58:15
**three** [11] - 3:24, 12:10, 28:5, 28:22, 30:25, 39:13, 40:18, 41:4, 51:15, 52:4
**ties** [1] - 14:17
**today** [10] - 10:6, 25:9, 25:17, 26:11, 35:14, 55:5, 57:1, 57:2, 60:3, 62:22
**together** [2] - 19:24, 57:23
**ton** [1] - 10:16
**took** [2] - 3:18, 29:24
**total** [2] - 3:19, 53:24
**totaled** [1] - 46:1
**towards** [1] - 24:14
**track** [1] - 21:5
**traffic** [3] - 47:22, 49:3, 49:4
**train** [1] - 46:17
**training** [14] - 17:25, 28:20, 28:21, 29:5, 30:7, 44:12, 46:14, 46:20, 49:15, 50:3, 54:4, 54:8, 54:16
**transcript** [3] - 59:16, 65:5, 65:6
**TRANSCRIPT** [1] - 1:10
**transferring** [1] - 55:21
**transportation** [1] - 62:3
**treatment** [3] - 40:25, 55:14, 55:16
**triggered** [1] - 60:21
**troops** [2] - 15:7,

28:19
**trouble** [4] - 10:10, 20:17, 26:12, 63:20
**troubled** [1] - 12:19
**true** [4] - 36:18, 45:1, 65:4, 65:5
**truthful** [4] - 5:9, 6:16, 6:20, 7:1
**trying** [3] - 20:23, 22:12, 36:4
**turns** [1] - 19:3
**TV** [1] - 30:24
**two** [15] - 3:11, 3:16, 3:17, 6:11, 6:13, 6:17, 9:17, 9:18, 23:23, 39:21, 41:24, 52:2, 52:6, 57:7, 58:5
**type** [1] - 11:6
**types** [1] - 15:10
**typical** [1] - 49:4
**typically** [1] - 45:3

## U

**ultimate** [2] - 7:23, 50:18
**ultimately** [1] - 32:22
**unable** [1] - 56:16
**unavailable** [1] - 56:12
**unclear** [1] - 39:16
**uncomfortable** [1] - 8:7
**under** [26] - 3:18, 4:4, 4:7, 8:21, 9:24, 14:3, 19:10, 22:23, 22:25, 23:5, 25:1, 25:7, 25:9, 25:12, 25:13, 25:22, 27:4, 40:25, 41:14, 48:3, 55:2, 59:5, 59:8, 59:9, 60:4
**under-seal** [2] - 59:8, 59:9
**undercut** [2] - 6:6, 7:13
**undercuts** [1] - 47:1
**understandably** [1] - 40:25
**understood** [2] - 35:8, 36:25
**undisputed** [1] - 4:4
**unemployed** [2] - 4:17, 23:2
**unfortunately** [1] - 33:17
**uninsured** [1] - 41:4
**union** [1] - 41:6
**united** [1] - 1:22

**UNITED** [4] - 1:1, 1:3, 1:11, 1:14
**United** [6] - 2:6, 2:16, 37:23, 39:25, 41:14, 65:13
**units** [1] - 12:6
**unlawful** [1] - 52:4
**unlawfully** [1] - 52:3
**unless** [2] - 62:11, 63:18
**unlike** [1] - 18:11
**unqualified** [13] - 11:14, 11:17, 12:5, 18:9, 29:5, 42:13, 46:12, 46:16, 46:21, 47:4, 47:6, 50:1
**unseal** [1] - 60:20
**unsealed** [3] - 27:5, 55:5, 62:13
**unsealing** [2] - 58:11, 58:20
**untenable** [1] - 41:11
**up** [31] - 5:18, 7:9, 9:1, 15:1, 15:14, 17:13, 22:9, 25:13, 27:15, 27:18, 29:16, 30:7, 32:4, 33:7, 34:14, 36:5, 41:8, 42:20, 50:14, 52:20, 52:24, 53:2, 56:24, 57:2, 58:2, 59:21, 60:7, 61:4, 62:12
**upward** [1] - 56:5
**US** [8] - 1:20, 12:6, 33:1, 39:10, 42:9, 45:13, 54:22, 55:11
**USC** [3] - 39:8, 51:10, 56:10
**useful** [2] - 5:17, 6:8
**uses** [1] - 42:21

## V

**vacated** [1] - 55:4
**various** [3] - 40:9, 40:13, 50:25
**vehicle** [1] - 3:14
**versus** [2] - 2:6, 9:22
**video** [1] - 50:24
**view** [3] - 10:5, 30:2, 38:20
**viewed** [1] - 47:21
**Virginia** [4] - 41:18, 50:14, 55:18, 56:1
**visits** [1] - 53:7
**vocabulary** [1] - 54:8
**vocational** [2] - 49:15, 54:2
**volume** [1] - 16:18

**voluntarily** [1] - 56:25
**vs** [1] - 1:5

## W

**wagons** [1] - 19:1
**wait** [1] - 57:3
**waive** [3] - 51:20, 54:19, 55:1
**walk** [2] - 13:6, 53:1
**wants** [2] - 24:6, 32:3
**war** [2] - 10:1, 46:5
**warning** [1] - 53:14
**Wartime** [2] - 9:24, 10:3
**Washington** [8] - 1:6, 1:16, 1:19, 1:24, 13:24, 14:16, 65:14
**watching** [3] - 13:16, 13:17, 30:24
**weed** [2] - 46:21, 47:4
**weeks** [2] - 57:21, 57:22
**whistleblower** [5] - 19:18, 20:10, 21:13, 21:15, 37:4
**whole** [1] - 24:20
**wide** [1] - 8:17
**wide-eyed** [1] - 8:17
**widening** [1] - 5:13
**widespread** [2] - 16:11, 16:20
**Willett** [1] - 64:11
**WILLETT** [1] - 1:20
**WILLIAM** [2] - 1:17, 1:18
**William** [1] - 2:11
**wind** [3] - 7:9, 52:20, 53:2
**wink** [2] - 16:25
**wink-wink** [1] - 16:25
**wish** [4] - 8:12, 27:14, 30:15, 34:24
**withdrew** [1] - 6:18
**witness** [10] - 5:17, 6:2, 6:8, 7:9, 7:19, 7:21, 8:8, 21:20, 26:4, 26:6
**witnesses** [1] - 26:8
**wondered** [1] - 60:19
**wonders** [1] - 35:3
**word** [1] - 48:3
**words** [1] - 45:15
**workers** [1] - 16:7
**works** [2] - 21:3, 24:24

**worry** [3] - 17:6, 17:9, 30:6
**wound** [1] - 42:20
**writes** [3] - 17:11, 17:12, 17:16
**writing** [2] - 16:22, 35:22
**written** [3] - 6:23, 6:24, 28:24
**wrote** [2] - 35:18, 35:24

## Y

**year** [2] - 10:23, 22:5
**years** [21] - 2:17, 3:24, 6:11, 9:18, 12:10, 12:23, 13:2, 13:9, 13:14, 22:2, 24:6, 30:25, 33:5, 39:10, 39:23, 41:4, 41:13, 41:17, 41:24, 50:5, 51:15
**York** [1] - 1:16
**young** [2] - 42:6
**yourself** [5] - 2:7, 48:14, 50:25, 54:10, 57:24

## Z

**zero** [2] - 3:6, 28:7
**zone** [2] - 32:12, 46:5